IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LASERDYNAMICS, INC. | § § | |
| Plaintiff | § § | CIVIL ACTION NO.: 2-06CV-348 TJW |
| v. | § § § | |
| ASUS COMPUTER INTERNATIONAL; QUANTA STORAGE AMERICA, INC.; QUANTA COMPUTER USA, INC.; ASUSTEK COMPUTER, INC.; QUANTA STORAGE, INC. AND QUANTA COMPUTER, INC. | § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants | § | |

**PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

LaserDynamics Inc., (hereafter "LaserDynamics") Plaintiff, brings this action against Asus Computer International, Quanta Storage America, Inc., Quanta Computer USA, Inc., Asustek Computer, Inc., Quanta Computer, Inc., and Quanta Storage, Inc., Defendants, and alleges that:

**I.**

**PARTIES**

1. Plaintiff, LaserDynamics, Inc. is a corporation organized under the laws of Japan having its principal place of business in Kanagawa-Ken, Japan.

2. Defendants Asus Computer International, Quanta Storage America, Inc., and Quanta Computer USA, Inc. are corporations organized and existing under the laws of California, with principal places of business in Fremont, California.

3. On information and belief, Defendants Asustek Computer, Inc., Quanta Storage, Inc., and Quanta Computer, Inc. are corporations organized and existing under the laws of Taiwan with principal places of business in Taiwan.

## II.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271, et seq.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1338(a). Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(c) and (d) and 1400(b).

## III.

## BACKGROUND

6. U.S. Patent No. 5,587,981 (hereinafter the "Kamatani '981 patent") is applicable to Digital Video Disk, Digital Variable Disk, and Digital Versatile Disk players, all sometimes called DVD players.

7. The Kamatani '981 patent was issued to Yasuo Kamatani, as the inventor thereof, and is valid and subsisting.

8. Yasuo Kamatani assigned his rights to the Kamatani '981 patent to LaserDynamics, Inc., which now owns the Kamatani '981 patent.

## IV.

## PATENT INFRINGEMENT

9. Defendants have been and still are infringing the Kamatani patent by making, using, importing or selling DVD players, including computers and computer peripherals, covered by the claims of the Kamatani '981 patent and by inducing and contributing to infringement by others.

4007248.1
54550.1

10. Defendants' wrongful actions were conducted without authorization or license to do so and will continue unless enjoined by this Court.

11. Defendants had full and prior knowledge of the Kamatani '981 patent, and therefore their conduct was both willful and deliberate. Moreover, Defendants' willful infringement will continue unabated unless enjoined by this Court.

## V.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, LaserDynamics prays for the following relief:

A. Defendants, their officers, directors, agents, servants, employees and attorneys, and those persons and entities in active concert or participation with them, be permanently enjoined from making, using, selling or importing infringing devices;

B. LaserDynamics recover damages from Defendants resulting from Defendants' infringement and that said damages be trebled in view of Defendants' willful and wanton conduct;

C. LaserDynamics recover interest and costs pursuant to 35 U.S.C. § 284 and attorneys' fees pursuant to 35 U.S.C. § 285; and

D. LaserDynamics have such other and further relief as the Court deems just and proper under the circumstances.

Trial by jury is hereby demanded.

Date:   September 14, 2007                  Respectfully submitted,

                                            By:  /s/ Elizabeth L. DeRieux
                                                  Timothy N. Trop
                                                  Attorney-in-Charge
                                                  Trop, Pruner & Hu, P.C.
                                                  1616 S.Voss Rd., Suite 750
                                                  Houston, Texas  77057-2631
                                                  Telephone: (713) 468-8880
                                                  Facsimile: (713) 468-8883
                                                  E-mail: trop@tphm.com

                                                  Gregory M Luck
                                                  State Bar No. 12666380
                                                  Thomas W. Sankey
                                                  State Bar No. 17635670
                                                  Grant Cook
                                                  State Bar No. 04732000
                                                  Thompson & Knight
                                                  333 Clay St., Suite 3300
                                                  Houston, TX 77002
                                                  Telephone: (713) 654-8111
                                                  Facsimile: (713) 654-1871
                                                  E-mail: gregory.luck@tklaw.com
                                                  E-mail: thomas.sankey@tklaw.com
                                                  E-mail: grant.cook@tklaw.com

                                                  S. Calvin Capshaw
                                                  State Bar No. 03783900
                                                  Elizabeth L. DeRieux
                                                  State Bar No. 05770585
                                                  Brown McCarroll, L.L.P.
                                                  1127 Judson Road, Suite 220
                                                  Longview, Texas  75601-5157
                                                  Telephone: (903) 236-9800
                                                  Facsimile: (903) 236-8787
                                                  E-mail: ccapshaw@mailbmc.com
                                                  E-mail: ederieux@mailbmc.com

                                                  ATTORNEYS FOR PLAINTIFF

4

4007248.1
54550.1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of September 2007, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

4007248.1
54550.1