**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LASERDYNAMICS, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:06-CV-348 |
| | § | |
| ASUS COMPUTER | § | |
| INTERNATIONAL, ET AL. | § | |

<u>**ORDER**</u>

Pending before the court are the parties' motions in limine.  The court's order on each motion is detailed herein.

<u>**Plaintiff's First Amended Motion in Limine (Dkt. No. 450)**</u>

1.      Denied.

2.      Granted.

3.      Granted

4.      Granted-in-part.  The parties are precluded from making any reference to "patent trolls;" however, the defendants may show the type of business in which the plaintiff is engaged.

5.      Granted.

6.      Granted.

7.      Granted.

8.      Granted.

9.      Granted

10.      Denied.  This is not the proper subject of a motion in limine.

11.      Denied.  This is not the proper subject of a motion in limine.

12.      Denied.  This is not the proper subject of a motion in limine.

13.      Denied.  This is not the proper subject of a motion in limine.

14.     Granted.

15.     Denied as moot.

16.     Denied.  This is not the proper subject of a motion in limine.

17.     Granted-in-part as to the licenses identified in section I(a.) of brief in support. The motion is denied as to the remaining licenses.

18.     Denied.  This is not the proper subject of a motion in limine.

19.     Denied.

20.     Granted.

21.     Granted.

22.     Denied.

23.     The court will address this motion at the pretrial conference.

24.     Granted.

25.     Granted.

26.     Denied.  This is not the proper subject of a motion in limine.

27.     Granted-in-part.  The experts may state the general legal basis or test used to formulate their opinions.  The experts may also state what the court's claim construction is for a given term.

28.     Granted-in-part.  The experts may not opine on what the inventor was thinking. The experts may state their opinion as to what the relevant documents or testimony indicates to one of skill in the art.

**Defendants' Motions in Limine**

1.     Denied.  This is not the proper subject of a motion in limine.

2.     Denied.  This is not the proper subject of a motion in limine.

2

3.      The court will address this motion at the pretrial conference.

4.      Denied.  This is not the proper subject of a motion in limine.

5.      Denied.  This is not the proper subject of a motion in limine.

6.      Denied.  This is not the proper subject of a motion in limine.

7.      Granted.

8.      Denied.

9.      Granted.

SIGNED this 21st day of May, 2009.


_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE