FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 06 2009

DAVID J. MALAND, CLERK
BY
DEPUTY _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LASERDYNAMICS, INC., | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 2:06-CV-348 |
| | § | |
| QUANTA COMPUTER, INC., | § | |
| Defendants. | § | |
| | § | |

# VERDICT FORM

**QUESTION NO. 1:**

Do you find by a preponderance of evidence that Quanta Computer, Inc. ("QCI") contributed to or induced infringement of claim 3 of the '981 patent?

**Answer "Yes" or "No" to each listed product below:**

| | | | | |
|---|---|---|---|---|
| SBW243: | Yes | | SDW087: | Yes |
| SBW242: | Yes | | SDR089: | Yes |
| SBW245: | Yes | | UBW241: | Yes |
| SDR083: | Yes | | SDW088: | Yes |
| SBW246: | Yes | | SDW041: | Yes |
| SDW085: | Yes | | SDW042: | Yes |
| SDR08B: | Yes | | SDW082: | Yes |
| SDW086: | Yes | | | |
| SDR08C: | Yes | | | |

1

**QUESTION NO. 2:**

Do you find by clear and convincing evidence that claim 3 of the '981 patent is invalid because it is not enabled?

**Answer "Yes" or "No".**

_No_ No

If you answered "**Yes**" to any accused product on Question 1 <u>AND</u> you answered "**No**" to Question 2 above, then answer the following Questions 3 and 4.

Otherwise, **DO NOT** answer the following Questions. The jury foreperson should instead sign and date the Verdict Form and **return** it to the Court Security Officer.

**QUESTION NO. 3:**

Do you find by a clear and convincing evidence that Quanta Computer, Inc.'s infringement, contributorily or by inducement, of claim 3 of the '981 patent was willful?

**Answer "Yes" or "No":**

_Yes_

3

**QUESTION NO. 4:**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate LaserDynamics as a reasonable royalty for infringement that you have found?

Answer in dollars and cents, if any, for a reasonable royalty:

Answer: ~~$52,000,000~~ JR 7/6/09

$52,000,000

Signed this 6 day of July, 2009.

_____

JURY FOREPERSON

4