```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                    MARSHALL DIVISION

 3   LASERDYNAMICS              *    Civil Docket No.
                                *    2:06-CV-348
 4   VS.                        *    Marshall, Texas
                                *
 5                              *    June 30, 2009
     QUANTA, ET AL              *    1:15 P.M.
 6
                  TRANSCRIPT OF TRIAL PROCEEDINGS
 7           BEFORE THE HONORABLE T. JOHN WARD
                 UNITED STATES DISTRICT JUDGE
 8                      AND A JURY

 9   APPEARANCES:

10   FOR THE PLAINTIFFS:    MR. THOMAS SANKEY
                            MR. GREGORY LUCK
11                          Duane Morris
                            3200 Southwest Freeway
12                          Suite 3150
                            Houston, TX   77027
13
                            MR. TIMOTHY TROP
14                          Trop Pruner & Hu
                            1616 South Voss Road
15                          Suite 750
                            Houston, TX   77057
16
                            MR. JEFFREY RAMBIN
17                          Capshaw DeRieux
                            1127 Judson Road
18                          Suite 220
                            Longview, TX   75601
19
     APPEARANCES CONTINUED ON NEXT PAGE:
20

21   COURT REPORTERS:       MS. SUSAN SIMMONS, CSR
                            MS. JUDY WERLINGER, CRS
22                          MS. SHELLY HOLMES
                            Official Court Reporters
23                          100 East Houston, Suite 125
                            Marshall, TX   75670
24                          903/935-3868

25   (Proceedings recorded by mechanical stenography,
     transcript produced on CAT system.)
```

```
1
    APPEARANCES CONTINUED:
2
3   FOR THE DEFENDANTS:        MR. MELVIN WILCOX
                               Yarbrough & Wilcox
4                              100 East Ferguson
                               Suite 1015
5                              Tyler, TX    75702
6                              MR. JOHN PARKER
                               Paul-Hastings
7                              600 Peachtree St., NE
                               Suite 2400
8                              Atlanta, GA    30308
9                              MR. CHRISTIAN PLATT
                               MS. ERICKA SCHULZ
10                             Paul-Hastings
                               4747 Executive Drive
11                             12th Floor
                               San Diego, CA    92121
12
                               MS. KATHERINE MURRAY
13                             MR. JAY CHIU
                               Paul-Hastings
14                             515 South Flower Street
                               25th Floor
15                             Los Angeles, CA    90071

16              *      *      *      *      *      *

17
                        P R O C E E D I N G S
18
19              COURT SECURITY OFFICER:  All rise.
20              (Jury in.)
21              THE COURT:  Please be seated.
22              All right.  Mr. Kamatani, please come
23   around.  Let's continue.
24              Counsel, approach -- have a seat,
25   Mr. Kamatani.
```

```
 1                    Counsel, approach.

 2                    (Bench conference.)

 3                    THE COURT:  Okay.  Y'all saw that order

 4   that Judge Everingham issued.

 5                    MR. SANKEY:  Yes, sir.

 6                    THE COURT:  Going to put the prosecution

 7   history back up there without approaching, okay?

 8                    MR. PARKER:  Yes, sir.

 9                    THE COURT:  Thank you.

10                    MR. SANKEY:  Your Honor, with respect to

11   that --

12                    THE COURT:  Huh?

13                    MR. SANKEY:  With respect to that on

14   redirect, I had planned on bringing up that issue, just

15   the very simple issue that we were going into.

16                    THE COURT:  What do you want to clean up?

17                    MR. SANKEY:  Simply that they asked for a

18   reexamination.  They put the issue in front of the

19   Patent Office, and the Patent Office has issued a letter

20   now saying they were going to reconfirm the

21   patentability of Claim 3.

22                    THE COURT:  Well, don't go any further

23   than that.

24                    MR. SANKEY:  That's it.

25                    THE COURT:  Then from here on, do you
```

1  have to even put it back up there?  Do you want to leave

2  it up there?

3                    MR. SANKEY:  I would really like to.

4                    THE COURT:  Okay.  You know, if you go

5  any further than that, you know, then you may be opening

6  up something else.

7                    MR. SANKEY:  I understand.

8                    THE COURT:  Okay.

9                    MR. SANKEY:  I understand.

10                    (Bench conference concluded.)

11         YASUO KAMATANI, PLAINTIFF'S WITNESS, SWORN

12                    CROSS-EXAMINATION (CONTINUED)

13  BY MR. PARKER:

14      Q.    Good afternoon, Mr. Kamatani.

15      A.    Good afternoon, Mr. Parker.

16      Q.    You remember that in some questioning from

17  Mr. Sankey this morning, he asked you about how many

18  people were making optical disk drives today, and you

19  said hundreds?

20      A.    More or less, that's my understanding.

21      Q.    All right.  And yet even by your count, the

22  most licenses you have out there are 27, right?

23      A.    Of course.  It depend upon the license to some

24  company based upon different patent, but I do have 27

25  agreements so far.

1     Q.   But that's not hundreds?

2     A.   No.

3     Q.   Okay.  And even as we sit here today, you do

4  not have a single agreement where anybody is paying for

5  the '981 patent a running royalty; is that correct?

6     A.   That's correct.

7          MR. PARKER:  Pass the witness.

8          MR. SANKEY:  A few follow-up questions,

9  Your Honor.

10         THE COURT:  Yes.

11              REDIRECT EXAMINATION

12  BY MR. SANKEY:

13    Q.   Good afternoon, Mr. Kamatani.

14    A.   Good afternoon, Mr. Sankey.

15    Q.   We talked about some of your documents that

16  you kept back in Japan and the timeframe that you were

17  applying for this patent in the '95/'96 timeframe.  And

18  you said, for example, with your diary and some of the

19  notes you were taking that you still don't have those --

20  you don't have those documents today, correct?

21    A.   I wish to have it, but I don't have it.

22    Q.   Now, with respect to the patent history, the

23  file that -- everything that you sent to the United

24  States Patent Office and everything they sent back to

25  you, that file everyone has, correct?

1        A.    That's correct.

2        Q.    And you kept a copy of that; the Patent Office

3   kept a copy of that; and we've all had an opportunity to

4   see that file, correct?

5        A.    That's correct.

6             MR. SANKEY:   Now, if we can put the

7   timeline back up again, please.

8        Q.    (By Mr. Sankey) One of the questions that Mr.

9   Parker had for you was that at the time in 1995 that you

10  were filing your patent application, there weren't any

11  standards yet on DVDs or slim drives or different types

12  of optical disk drives, correct?

13       A.    I do believe that there was no DVD standard at

14  the time of the -- I file application in 1995.

15       Q.    By 2006, the red line when you filed the

16  lawsuit against these Defendants, there were standards,

17  weren't there?

18       A.    They do have standard, yes.

19       Q.    And your technology, your patent covered by

20  the '981, distinguishes between those different

21  standards, correct?

22             MR. PARKER:   Objection, leading.

23             THE COURT:   Sustained.

24       A.    That's correct.

25             THE COURT:   Sustained.

1    Q.   (By Mr. Sankey) Let me reask the question.

2         Does your patent and does your technology

3    distinguish between the standards that are in existence

4    in 2006?

5    A.   That's correct.

6    Q.   Now, the 16 licenses agreements that we went

7    through are all up on this timeline, the vast majority

8    being in the '98/'99 timeframe; is that correct?

9    A.   That's correct.

10   Q.   Now, I suggested or predicted in opening that

11   that would be a focus of the Defendants' case to get you

12   on that timeframe.

13        Were any of those 16 agreements done from the

14   time 2003 that you first met with QSI -- 2002/2003/4,

15   were any of them done after that period of time?

16   A.   Well, I don't have any idea.

17   Q.   I mean, in the 16 that they went over here in

18   the '98/'99 timeframe, those were done four or five

19   years prior to the timeframe when you would have been

20   dealing with the Defendants, correct?

21   A.   That's correct.

22   Q.   All of these 16 companies that we looked at,

23   did they recognize the need to get a license agreement

24   from you in order to practice your technology?

25   A.   First of all, most of the company on that

1  list, they didn't make any DVD product yet when they

2  took my license.  So, of course, when I -- sometimes I

3  speak to the different executives of those licensees, I

4  heard something like they are -- they are going to

5  make -- they are going to make DVD product or they don't

6  have any plan.  It depend upon each company.

7        Q.    None of the Defendants have ever entered into

8  an agreement with you, correct?

9        A.    That's right.

10       Q.    Whether it's a non-assertion agreement or a

11  license agreement?

12       A.    I think both.

13       Q.    We heard about a reexamination of your patent.

14  When -- when did that occur; what year?

15       A.    I don't remember correct, if it was last year

16  or two years ago.

17       Q.    Okay.  So in 2008, why was there a

18  reexamination?  Who requested it?

19       A.    Well, I believe that's the Defendant Quanta

20  Storage, Incorporation, or Quanta Computer,

21  Incorporation.

22       Q.    So 12 years after your patent was issued, the

23  Defendants asked the Patent Office, the United States

24  government, to take a look at your patent again and see

25  if they made the right decision the first time, correct?

1      A.    That's correct.

2      Q.    Now, you hired and had attorneys representing

3 you in dealing with the government, correct?

4      A.    That's correct.

5      Q.    Did the Defendants bring up -- is it your

6 understanding what you were shown by Mr. Parker, this

7 S-curve technology, with the Patent Office?

8      A.    Well, that's the first time I heard about the

9 S-curve technique.

10     Q.    And is that something -- is it your

11 understanding that that was brought to the attention of

12 the Patent Office?

13     A.    Well, it was brought by my -- my attorneys.

14     Q.    Now, at the end of 2008, did the United States

15 Patent Office send your lawyers and you a letter saying

16 that Claim No. 3 is going to be confirmed patentable?

17     A.    I think I heard that information.

18               MR. SANKEY:  Nothing further.

19               THE COURT:  Anything further, Mr. Parker?

20               MR. PARKER:  Nothing further, Your Honor.

21               THE COURT:  All right.  You may step

22 down, Mr. Kamatani.

23               Who will be your next witness,

24 Mr. Sankey?

25               MR. SANKEY:  Your Honor, I would call

1  Tracy Li.

2                      (Witness sworn.)

3              TRACY LI, PLAINTIFF'S WITNESS, SWORN

4                      DIRECT EXAMINATION

5  BY MR. SANKEY:

6      Q.   Would you state your name for the record,

7  please, ma'am.

8      A.   My name is Tracy Li, and Chinese name is Li

9  Cho Hua (phonetic spelling).

10     Q.   Ms. Li, which of the Defendant entities do you

11 work for?

12     A.   Quanta Computer, Inc.

13     Q.   Okay.  And it's my understanding that Quanta

14 Computer, Inc., is headquartered in Taiwan; is that

15 correct?

16     A.   Correct.

17     Q.   Do they have -- it's my understanding their

18 manufacturing facilities are located in China.

19     A.   Yes.

20     Q.   And those are subsidiaries of QCI with the

21 names of Tech-Front and Tech-Pro; is that correct?

22     A.   Yes, Tech-Front.

23          And which one, Tech?

24     Q.   Tech-Pro.

25     A.   Tech-Pro?  Yes.

1      Q.    Now, there's a company called Quanta Storage

2  that you're familiar with; is that right?

3      A.    Yes.

4      Q.    Quanta Storage is the entity that's making

5  drives, correct?

6      A.    Correct.

7      Q.    And you agree with me that Quanta Computer

8  will put a Quanta -- a Quanta Storage drive into their

9  computer before it is sold, correct?

10      A.    If our customer ask us to do it, yes.

11      Q.    And you understand and you know that that's a

12  curve, right?

13      A.    That -- yes.

14      Q.    Okay.  And that computer is then sold and/or

15  shipped to the United States, correct?

16      A.    Some computer our customer ask us to ship to

17  U.S., yes.

18      Q.    Now, Quanta Storage is also a company located

19  in Taiwan, correct?

20      A.    Yes.

21      Q.    And they have their manufacturing facilities

22  located in China.

23      A.    I think so.

24      Q.    Okay.  And you understand the name of that

25  subsidiary is called QSS, Quanta Storage-Shanghai?

1        A.    Yes.

2        Q.    And they're located in the same location as

3   the Tech-Pro or the Tech-Front that's manufacturing the

4   computers for QCI.

5        A.    They located in Shanghai, I believe.

6        Q.    Let me talk about some of QCI's customers.

7              MR. SANKEY:  And if we can pull up the

8   first page of Exhibit 952.

9        Q.    (By Mr. Sankey) One of QCI's customers here in

10   the United States is Dell; is that correct?

11       A.    Yes.

12             MR. SANKEY:  Let's see if we can get that

13   contract up here in a second.

14             Okay.  If we can enlarge maybe the title

15   of it there.

16       Q.    (By Mr. Sankey) All right.  And do you

17   recognize this Exhibit 952 as the agreement between

18   Quanta Computer and Dell?

19       A.    Yes.

20       Q.    And this agreement was entered into as early

21   as 1997, where Quanta Computer is manufacturing laptops

22   for Dell; is that correct?

23       ■    **REDACTED BY ORDER OF THE COURT**

24       Q.    Okay.  Let's look at the first page of

25   Plaintiff's Exhibit 953.

1          This one is a little bit more difficult to

2    tell, but do you recognize this as the agreement that

3    Quanta Computer has with HP or Hewlett-Packard?

4         A.    Yes.

5         Q.    And similarly, Quanta Computer is making

6    laptops for Hewlett-Packard, correct?

7         A.    Yes.

8         Q.    And these -- just for the first two, we talked

9    about Dell and HP, these laptop computers are going to

10   have optical disk drives in them when they are sent to

11   the United States, correct?

12        A.    Not really.  Some of them, yes, but some of

13   them not.

14        Q.    So there are one or two -- there are some

15   brands that may not have an optical disk drive?

16        A.    I'm sorry?

17        Q.    Are there some brands that may not have or

18   some laptop computers that may not have an optical disk

19   drive?  Is that what you're saying?

20        A.    Yes.  Our client, our customer, they do not

21   want us to put the ODD in, then no.

22        Q.    You understand by, say, 2006 almost all of

23   laptop computers and desktop computers have an optical

24   disk drive in it; is that correct?

25        A.    I don't understand your question.  You mean in

1  the market or --

2      Q.   I'm talking about the computers that Dell and

3  HP is ordering from Quanta Computer.  The vast majority,

4  if not all, of those, as of 2006 or even today, are

5  going to have an optical disk drive in it, correct?

6      A.   You mean HP?

7      Q.   Yes.

8      A.   Yes, I believe so.

9      Q.   And that's the same with respect to Dell?

10     A.   Probably not.

11     Q.   Let's look at the first page of

12 Plaintiff's 950.

13          MR. SANKEY:  And if we can get maybe the

14 title of this.

15     Q.   (By Mr. Sankey) Is this the contract entered

16 into between Quanta Computer and Apple Computer?

17     A.   Yes.

18 ████ ███ ████ ████ ████ █████ ████ ████ █████ ████

19 ████ ████   **REDACTED BY ORDER OF THE COURT**

20      ███

21     Q.   Similarly, your company's going to manufacture

22 laptop computers and send them to Apple with an optical

23 disk drive in it, if that's what they want, correct?

24     A.   I'm sorry.  Can you repeat your question?

25     Q.   Yes, ma'am.

1           Your company is going to manufacture laptop

2  computers for Apple, and to the extent they want an

3  optical disk drive in it, they are going to put one in

4  it, correct?  Your company will?

5       A.   If they want us to put it in, yeah, we will.

6  Well, install of the ODD into the computer, yes.

7       Q.   And then that drive or that computer with the

8  drive in it is shipped by your company to the United

9  States?

10      A.   If they want us to ship to the United States,

11  yes.

12      Q.   Then you do that?

13      A.   Then we will do that.

14      Q.   And since 1999, you've been doing that?

15      A.   Yeah.  Yeah.

16      Q.   Now, if we take a quick look at first page of

17  Exhibit 951, again, this is another contract or a more

18  recent contract between Quanta Computer, Inc., and

19  Apple; is that correct?

20      A.   Yes, I believe so.

21      Q.   Now, this contract with Apple was done in

22  November of 2006.

23           Is that your understanding?

24      A.   I saw the final -- does it say final over

25  there?  Are you talking about that?

1    Q.   Let me see if we can find the page that has

2  that.

3         Do you recall your company entering into an

4  agreement in late 2006?

5         There is a signature page.  It's dated

6  November 10th of 2006.

7    A.   No, I do not see anything.

8         Are you showing me anything?

9    Q.   Well, let me just put it up here on the ELMO.

10        This is the signature page.

11   A.   Okay.  Yes.

12   Q.   Okay.  Now, this contract with Apple was

13 entered into about three months after LaserDynamics

14 filed the lawsuit against Quanta Computer and Quanta

15 Storage.

16        Do you know why you entered into a new

17 contract when you had one in place from 1999 with Apple?

18   A.   This contract actually negotiated for a long

19 time, because I remember that, because the first

20 contract actually was expired.  Then we -- I remember we

21 start to negotiate with Apple from probably 2003 or

22 2004.  That is in that time, and -- but it take a long

23 time to negotiate.

24        So that -- I don't quite -- that's in 2006,

25 something we sign it, right?

1      Q.   Yes, ma'am.

2      A.   Yeah.  But before, actually, we took lots of

3 time to discuss about the agreement.

4      Q.   And you brought up a good point that I forgot

5 to have you tell the jury.

6           But you know that, because you work in the

7 Legal Department at Quanta Computer, Inc., correct?

8      A.   Correct.

9      Q.   And how long have you worked in the Legal

10 Department for Quanta Computer, Inc.?

11      A.   Seven years.

12      Q.   Did you attend law school here in the United

13 States?

14      A.   I attend law school, yes, in the United States

15 for degree.

16      Q.   Now, with respect to these contracts that

17 Quanta Computer, Inc., has with these notebook/laptop

18 companies, those contracts would require QCI to

19 constantly provide support to those entities, correct?

20      A.   I'm sorry.  Can you repeat your question?

21      Q.   Yes, ma'am.

22           Did the contracts require QCI to provide

23 support to those entities?

24      A.   To what?

25      Q.   To the entities, to Dell and -- to Dell --

1  Dell and Apple and HP?

2      A.   Yeah.   We provide assembly service for this

3  brand of companies.

4      Q.   And it's my understanding that the way your

5  company is set up is by notebook divisions; is that

6  correct?

7      A.   Yeah.   We have different business unit for the

8  notebook.

9      Q.   And, for example, NB1, Notebook 1, is the

10 section of your company that's set up just to handle

11 Dell, correct?

12     A.   Yes.

13     Q.   How many employees or people would work in

14 NB1?

15     A.   NB1, currently, I think is about 200.  I don't

16 have the accurate number.

17     Q.   And those employees in NB1 are working with

18 Dell on a daily basis, are they not?

19     A.   Not -- of course, not everybody of them.  Some

20 of them, I believe so.

21     Q.   Do they meet with Dell's technical people?

22     A.   I believe so.

23     Q.   Do they meet with them to discuss new products

24 that are coming out or new, different types of laptops

25 that are coming out?

1        A.    I believe so.

2        Q.    Do they meet --

3        A.    Because I -- I do not really, you know,

4   participate in those.  So I can only say I believe so.

5        Q.    Do they meet with them to discuss what type of

6   components they want in their laptops, for example,

7   whether they want an optical disk drive?

8        A.    Yeah.

9        Q.    Do they meet with any of these entities in the

10  United States?

11       A.    Yes.

12       Q.    Do they assist them in not only designing but

13  in the specifications that they come up with for the

14  computer and for the drive?

15       A.    Would you say again?

16       Q.    Does a QCI engineer work with a Dell engineer

17  in coming up with the products?

18       A.    Yes, I believe so.

19       Q.    In fact, QCI has a subsidiary located here in

20  America, correct?

21       A.    Quanta Computer has, yes, subsidiary.

22       Q.    And that's one of the Defendants in this case

23  called, QCA?

24       A.    Quanta Computer USA, yes.

25       Q.    How many employees approximately does QCA

1  have?

2      A.   I don't know.  I don't have the clear

3  information.

4      Q.   Is it your understanding they have 2 or 300

5  employees?

6      A.   Yes, I think.  Maybe.

7      Q.   What is the business of QCA?

8      A.   Quanta Computer USA, they do service.

9      Q.   They service the computers?

10     A.   Service our clients in USA.

11     Q.   And so, for example, if Dell has a customer

12  and their laptop or their drive in their laptop stops

13  working, would they bring it to QCA for warranty or for

14  repair?

15     A.   I don't -- I don't know if it's special work

16  our clients want us to do, and I don't -- I don't -- I

17  don't think -- if you're talking about Dell, I don't

18  think they -- they want us to do any service in Quanta

19  Computer USA.  I don't think that's the case.

20     Q.   All right.  You bring up a good point.

21          Quanta Computer America used to do service for

22  Dell, but they no longer do.  They stopped doing that in

23  2003/2004 timeframe; is that right?

24     A.   I don't know.  I don't have that information.

25     Q.   Okay.

1      A.    I'm not prepared for that.

2      Q.    They continue to do service today for HP and

3 Apple, correct?

4      A.    Yes, that's my understanding.

5      Q.    Okay.  And, again, to the extent an optical

6 disk drive stops working and the customer takes it to

7 QCA, is it repaired or replaced there?

8      A.    For HP, the case how they do their service?

9      Q.    How QCA is doing the service, yes, ma'am.

10     A.    From my understanding, if our customer asks

11 Quanta Computer USA to do the service, then we -- our

12 customer will tell us if they have computer problem.

13 They will ship to Quanta USA, then they will maybe --

14 depends on what their problem, then they might do --

15 they will exchange the components, something like that.

16           That's the service they do.

17     Q.    Similarly, it's my understanding that QCA, in

18 addition to dealing with HP or Apple, also takes

19 walk-ins, end-users like me.  If my computer were to

20 break and I had one from Dell, I could walk into QCA and

21 have them repair or replace the drive; is that correct?

22     A.    I don't think so.

23     Q.    Do you know one way or the other?

24     A.    I don't think an individual can just walk into

25 QCA to ask for service.  I don't think Quanta Computer

1  USA is open to everybody.  We only do service for our

2  customers.

3      Q.   And when you say that, is it actually Dell --

4  I mean, is it actually HP that would bring the laptop

5  into QCA, or would their end-user bring it in?

6      A.   Well --

7      Q.   Who would actually bring the computer to QCA

8  to have it repaired or serviced?

9      A.   Normally, they will have their order to -- to

10  get to the computer.  They deliver to Quanta Computer,

11  Quanta Computer USA.

12     Q.   And would it be coming from the end-user that

13  has bought that computer and is using it in the United

14  States?

15     A.   It's possible probably.  They send a messenger

16  to an individual and get to the computer, then deliver

17  to Quanta Computer USA.  That's my understanding of

18  their model.

19     Q.   Do you have an understanding of why end-users

20  want to have an optical disk drive in their computer?

21     A.   Why they want to have the ODD in their

22  computer?

23     Q.   Yes, ma'am.

24     A.   I don't know.  They might like to see a movie

25  or stuff.

1      Q.    And that's my point.  The purpose of that

2  drive in the computer is so that the end-user can use it

3  by playing a movie or playing music, correct?

4      A.    Yeah.

5      Q.    And you understand that they're doing that?

6      A.    I don't -- I don't know what the end-user will

7  do with the ODD.

8      Q.    Do you have a laptop computer?

9      A.    I do.

10      Q.    Does it have an ODD in it?

11      A.    Yes.

12      Q.    Did you bring it with you on this trip?

13      A.    This trip, yes.

14      Q.    And have you used it since you've been here?

15      A.    No -- you mean the computer?  Yes.

16      Q.    How about the optical disk drive?

17      A.    No.

18      Q.    Have you ever used it while you were here in

19  the United States?

20      A.    Have I used it?

21      Q.    Yes, ma'am.

22      A.    I don't remember.  I seldom use it.

23      Q.    The drivers you receive from QCI -- and I want

24  to make sure you agree with your counsel on this.

25            Is it your position that QCI is a separate

1  company?

2       A.   Yes, they are separate company.

3       Q.   Is it your position that QCI does not control

4  QSI?

5       A.   Yes, that's my position.

6       Q.   We will get back to that issue here in a

7  little bit.

8            Are there drives sent directly from the

9  manufacturing facility from QSI in China to Tech-Pro,

10 your manufacturing company in China, for them to insert

11 the drive into the computer?

12      A.   Ship it to -- yeah.  I think it might be the

13 case, if our customer, the ODD -- asked them to do that,

14 so it might be the case.

15      Q.   Now, the number of drives that are ordered

16 from QSI to go into these laptops, are they determined

17 by the number of computers being bought by Apple and HP?

18      A.   I'm sorry?  Can you repeat your question?

19      Q.   As an example, if HP orders a hundred laptops

20 from QCI, does that then determine the number of drives

21 that you need -- your company needs to obtain in order

22 to put into those computers?

23      A.   If they -- if they ask us to put an ODD into

24 their computer, then, of course, when we assemble the --

25 assemble the computer we will put it in upon their

1    request, upon our customer's request.

2    ███ ███████ ███████ ████ ███ ██ ██ ████

3    ███████ █

4    ███                **REDACTED BY ORDER OF THE COURT**

5    ████ ██ ████ ███ ████ ██ ████ ██ ████

6    ██████ ███

7    ███ ███ ███ ██ ███ ███ ███ ███ ████

8         Q.   Now, as I understand it, many of these laptops

9    that have ODD drives in them are shipped directly from

10   QCI to the United States, correct?

11        A.   If our customer ask us to ship to USA, yes.

12        Q.   Many of those laptops with ODDs are shipped

13   outside the United States to places like Malaysia or

14   Singapore, correct?

15        A.   If our customer asks us to ship to, yeah.  We

16   ship the part out at our customer's request.

17        Q.   And, for example, that happens with Dell,

18   correct?

19        A.   With Dell, I believe so.

20        Q.   And you know that some of those laptops with

21   ODDs that are shipped to Malaysia for Dell are then

22   shipped to the United States by them; is that correct?

23        A.   I don't know.  We don't know.

24             Once -- once the computer leaves of our

25   factory, you know, we actually don't have the control.

1    Our customer took the control.

2        Q.   Isn't it a more accurate answer for you to say

3    that you know that Dell is shipping some of those

4    computers from Malaysia to the United States?  Your

5    testimony is you just don't know the amount or the

6    number?

7            Isn't that more accurate?

8        A.   No.  We don't know whether Dell ship the

9    computer from Malaysia back to U.S. or not.  As I

10   mentioned, once the computer leave our factory we

11   actually don't have the control over those computers

12   that we don't know where our customer want to ship them

13   to.

14       Q.   Do you know that all Dell laptops with ODDs in

15   them are coming from either Singapore or Malaysia?

16       A.   I don't know.

17       Q.   If Dell testifies to that in this case, you

18   don't have any testimony to disagree with them?

19       A.   I'm sorry?

20       Q.   If Dell says that all their laptops with ODDs

21   come from either Malaysia or Singapore, you don't have

22   any testimony to disagree with that, do you?

23       A.   Like I say, we don't know what our customer

24   will do.  That's their control.

25       Q.   And at least up until a period of time, some

1  of these laptops for Dell were being serviced by QCA, an

2  American company?

3      A.   Can you repeat the question?  I'm sorry.

4      Q.   Do you agree with me that up until a period of

5  time, some of the Dell laptops with ODDs in them were

6  being serviced by QCA?

7      A.   I -- I don't know whether I agree with you,

8  because I don't know whether they still -- Quanta

9  Computer USA, I don't know whether they still do those

10 for Dell now.  I don't know.

11     Q.   Does your company ship laptops with ODDs to

12 other countries on behalf of HP and Apple?

13     A.   We ship the computer all over the world, yes,

14 for our customers.

15     Q.   In the industry of making laptops, where does

16 QCI fit in?  Are they one of the largest in the world?

17     A.   Computer, yes, it's the largest one.

18     Q.   Are you aware or have you heard that your --

19 that QSI has an employee stationed in Austin, Texas?

20     A.   No, I don't know.  I never heard about that.

21     Q.   So if they have an employee in Austin, Texas,

22 that repairs QCI's laptops and the optical disk drives,

23 that's something you're not aware of?

24     A.   I'm not aware of.

25     Q.   Your company, QCI, also has another wholly

1    owned subsidiary called QCH, correct?

2         A.    Yes.

3         Q.    And are they located here in the United

4    States?

5         A.    QCH, yes.

6         Q.    And what -- what does QCH do?

7         A.    QCH?  QCH is a subsidiary of our -- of Quanta

8    Computer, yes.

9         Q.    In QCH, does the H stand for Hub?

10        A.    Actually, QCH, its name is QCH, but I don't

11   know whether in the beginning that's a simple hub, but

12   it's just a name, not kind of abbreviation, not like

13   that.  It's just QCH is just a name, QCH.

14        Q.    And when your company uses the word hub, it's

15   synonymous -- it means the same as warehouse, correct?

16        A.    Yes, same as warehouse.

17        Q.    How many locations in the United States does

18   QCH have a warehouse?

19        A.    QCH?

20        Q.    QCH.

21        A.    QCH actually is just a company and -- which

22   is -- holds the computer.  When Quanta Computer ship the

23   computer to USA and our customers ask us -- ask us to

24   have a half regimen and the QCH actually is the one who

25   hold those computer.

1          But intent of warehouse, the physical

2   warehouse location, actually that all depends on our

3   customer's request and direction.

4          Q.    Today, where are those locations?

5          A.    I cannot really -- they might be in California

6   or in Nashville or other places.  They just warehouse

7   it.  They are not owned by QCH or Quanta Computer.

8          Q.    They're rented by QCH, correct?

9          A.    They probably rented by our customers or

10  Quanta Computer, not QCH.

11

12                **REDACTED BY ORDER OF THE COURT**

13

14

15

16          Q.    And you have one in California; is that

17  correct?

18          A.    I should say the warehouse is located in

19  California.

20          Q.    And you have a warehouse in Nashville,

21  Tennessee?

22          A.    It's possible, yes.

23          Q.    Do you have a warehouse located in North

24  Carolina?

25          A.    If our customer, you know, asks us to do that,

1  we will.

2      Q.   Do you have a warehouse located in Austin,

3  Texas?

4      A.   I don't -- you know, I don't know.  It all

5  depends on our customers' request.  Sometimes they ask

6  us to ship to there, then we need to do it.  So it's

7  varied.  Sometime they want us to ship there, then we

8  will rent a warehouse there.

9      Q.   And you ship the computers with the drives in

10  them, and you store them there on their behalf, correct?

11      A.   I'm sorry.  I did not understand the question.

12      Q.   Quanta Computer will ship the computer with

13  the drive in it to these warehouses in the United

14  States, and they will store them in that warehouse until

15  the customer wants the computer.

16      A.   Yeah.

17      Q.   Now, I want to talk for just a second about

18  what I mentioned earlier that your claim that QCI and

19  QSI are separate companies that you do not control.

20          That's your position, right?

21      A.   Yes.

22      Q.   Let's first take a look at Exhibit 1019, which

23  is the organizational chart, and I want to ask you

24  whether or not you're familiar with that organizational

25  chart.

1      A.   Okay.

2      Q.   Are you familiar with that?

3      A.   Yes.

4      Q.   And at the very top there, that's Quanta

5  Computer, Inc.  That's your company, correct?

6      A.   Correct.

7      Q.   And over here under it, it lists Quanta

8  Storage, Inc., which is the Defendant that manufactures

9  the product, correct?

10      A.   That's Quanta Storage, Inc.

11      Q.   And down over here, we have this QCH, which

12  are the warehouses here in the United States, correct?

13      A.   Is that QCN?

14      Q.   If you look right -- let's get up here to the

15  QCH.  Here we go; right over there.

16           That's the entity in the United States that's

17  renting warehouses, correct?

18      A.   Like I said, this is not warehouse.  It's just

19  a company's name.

20      Q.   Okay.

21      A.   I want to clarify.

22      Q.   Now, there are some similar officers or

23  directors between the two companies, correct, between

24  QCI and QSI?

25      A.   Similar what?

1     Q.   Let's start with -- do you have the same

2  Chairman of the Board?

3     A.   Yes.

4     Q.   And are some of the board members that make

5  the decisions on behalf of the company the same?

6     A.   You want to show me the full member list?

7     Q.   Well, do you know, as working in the Legal

8  Department, whether or not some of the directors are the

9  same between the two companies?

10     A.   Some of them might be the same, but if you're

11  talking about control, I don't know.  I don't think so.

12     Q.   You disagree that your company has control?

13     A.   I disagree.

14     Q.   Now, you also -- would you agree with me that

15  QCI leases some office space to QSI?

16     A.   Quanta Computer, we lease some space.

17     Q.   And do you do that in Taipei, Taiwan, correct?

18     A.   No.

19     Q.   Isn't there an office in Taipei on behalf of a

20  QSI person that leases from QCI?

21     A.   Taipei?

22     Q.   Yes, ma'am.

23     A.   No, not in Taipei.  You mean QSI's, the

24  office -- you mean QSI's offices, rent from Quanta

25  Computer?

1       Q.    Uh-huh.

2       A.    It's not in Taipei.

3       Q.    Do they have an office in Taipei, QSI?

4       A.    QSI?  I don't know.

5       Q.    How about Taoyuan -- I may not be pronouncing

6  it right -- Taiwan, is that where QSI leases office

7  space from QCI?

8       A.    You mean Taoyuan.

9       Q.    Yes.

10      A.    Taoyuan, yes.

11      Q.    Now, in working in the Legal Department for

12 QCI, have you ever had an opportunity to review the

13 company's financial statements?

14      A.    Company financial statements?

15      Q.    Yes, ma'am.

16      A.    That is not my -- my part.  That is not part

17 of my job.

18      Q.    Let me show you Exhibit 997, and let me go, if

19 I could, to Page 36 of that exhibit.

20            This is a 2003 financial statement of your

21 company, QSI.  And let me see if I can get the line that

22 begins, in 2001, the company entered a lease contract

23 with Quanta Storage, Inc., to rent the ninth floor,

24 Taipei, Taiwan, with a monthly rent of $10.

25            For the year ending December, 2003/2002, the

1  rental revenue was $114.  Do you see that?

2       A.   Yeah, I saw it.

3       Q.   And did you -- do you agree with that

4  statement, that your company is, in fact, leasing office

5  space for $10 a month to QSI?

6       A.   It says here that's our statement.

7       Q.   So you agree with that statement?

8       A.   Yeah.

9       Q.   Okay.  Let's take a look at Exhibit 998, Page

10  39.  This is going to be your company's financial

11  statement from 2004, beginning with a Paragraph IV,

12  guarantee and commitments.

13            This says:  The company, being QCI, provided

14  letters of support to the lenders of facilities extended

15  to Quanta Display, Inc., Quanta Storage, Inc.,

16  Tech-Front (Shanghai), and Tech-Com.

17            Next sentence:  According to the letters, the

18  companies must maintain significant influence over the

19  operation of these companies for the duration of those

20  loans.

21            Do you see that?

22       A.   Yes, I saw it.

23       Q.   Before I showed that to you today, were you

24  aware of that?

25       A.   I don't -- as I say, I don't -- that's not

1  part of my job, so I don't really say that.

2      Q.   Are you aware before today that they were

3  making representations that they must maintain

4  significant influence over the operations of these

5  companies?

6      A.   No, I don't -- I don't see that -- the

7  language before.

8      Q.   Let me show you one more of these, Plaintiff's

9  Exhibit 1165, Page 9.

10          It begins:  As of September 30, 2008, first of

11  all, it shows Quanta Storage, Inc., as the manufacturer

12  of optical and electronic components and modules.

13          You'll agree that that's their business,

14  correct?

15      A.   Yes.

16      Q.   And it shows that QCI's ownership interest at

17  this point in time is a little under 30 percent,

18  correct?

19      A.   Correct.

20      Q.   And then it says:  As of September 30, 2008,

21  QSI issued capital amount -- issued capital amounting to

22  $2,895,108.

23          And then in italics:  Although the company is

24  holding less than 50 percent of QSI's outstanding equity

25  shares, it has controlling interest over QSI's finance,

1  operation, and employment decision.  Therefore, QSI was

2  included in the consolidated financial statements.

3        Before today, did you know that QSI had

4  controlling interest over QSI's finance, operation, and

5  employment decisions?

6     A.   I don't know how to, you know, define

7  controlling interest, you know, from a financial

8  viewpoint.  I cannot comment on that.

9     Q.   Well, how about from an operations viewpoint?

10 It says for operations, too.

11    A.   I cannot comment on that either, because it's

12 controlling interest over the financial operation.  So I

13 don't know from a financial viewpoint how they would

14 define those.  So that's something I don't know.

15    Q.   As the -- are you the head of the Legal

16 Department for QCI?

17    A.   Yes.

18    Q.   As the head of the Legal Department, was it

19 your responsibility in this case to produce documents?

20    A.   To what?

21    Q.   To produce documents that were requested.  Is

22 that your job responsibility?

23    A.   Yes, I -- I and some of my colleague in my

24 department.  I don't really do it by myself.

25    Q.   And I may be able to do this by using the

 1  ELMO, but we -- we took your deposition in the summer of

 2  2008 out in Los Angeles; is that correct?

 3       A.   I remember that.

 4       Q.   And, in fact, I'm the one that took your

 5  deposition, correct?

 6       A.   Uh-huh.

 7       Q.   Do you recall that?

 8       A.   I do.

 9       Q.   And do you recall me asking you questions

10  about some of the documents that you had produced?

11       A.   Yes.

12       Q.   One of the things that you chose to do in this

13  case was to produce spreadsheets.

14            MR. PARKER:  Your Honor, may we approach?

15            THE COURT:  Yes.

16            (Bench conference.)

17            MR. PARKER:  Your Honor, I think we're

18  getting close to an in limine here.  There is a place in

19  the order that says that no reference can be made in

20  front of the jury.

21            There have been a number of document

22  disputes on both sides of this case getting to this

23  point, and there is an order in place where the judge

24  told -- has instructed both parties that they cannot

25  bring that up in the trial.

1          THE COURT:  Where are you headed here,

2  Mr. Sankey?

3          MR. SANKEY:  Your Honor, I'm not going to

4  talk about any disputes or what was not -- I'm going to

5  talk about the document that she did produce, that she

6  admitted in her deposition was made-for litigation

7  spreadsheet that contained inaccurate information about

8  who manufactured the drives.

9          THE COURT:  That's not covered by that

10 order.

11         MR. PARKER:  All right, sir.

12         THE COURT:  Go ahead.

13         (Bench conference concluded.)

14    Q.   (By Mr. Sankey)  Ms. Li, back to my

15 question, one of the things you decided to do as head

16 of the legal department is to produce and compile

17 spreadsheets that would show us certain information

18 in a much smaller format so we wouldn't have to go

19 through hundreds of thousands of pages of documents,

20 correct?

21    A.   Yeah.  We produce some documents.  They're

22 talking about to the -- sales summary, those documents.

23    Q.   Sales summaries was one of the spreadsheets.

24         There were four or five different

25 spreadsheets, correct?

1    A.    Right.

2    Q.    And you would try -- for example, you would

3  show us a spreadsheet that would talk about worldwide

4  sales by your company, correct?

5    A.    Yeah.

6    Q.    And you had a spreadsheet that would show us

7  the United States sales of your products, correct?

8    A.    Yeah.  But I actually got prepared by the

9  finance people, so...

10    Q.    The spreadsheets were provided by the

11  financial people to you?

12    A.    To us, yeah.

13    Q.    All right.  With respect to Plaintiff's 956,

14  let me show this to you and see if I can put it on the

15  ELMO.  I'm not doing something right.  Oops.  There we

16  go.  It should focus in here in a second.

17          I know you have a screen that's very close to

18  you there.  Can you make out this document as one of the

19  spreadsheets that you provided to us in this litigation

20  and you and I talked about in your deposition?

21    A.    Yes.

22    Q.    And if we look along the top, on the top left

23  over here (indicating), it talks about part number,

24  correct?

25    A.    Correct.

 1      Q.   And are those optical disk drive part numbers?

 2      A.   Yes.

 3      Q.   Okay.

 4      A.   You mean all for them?  I think maybe some are

 5 CD.  I think so, yes.

 6      Q.   Okay.  And over here (indicating), we have a

 7 description, correct?

 8      A.   Yes.

 9      Q.   And then right here (indicating), it says

10 manufacturer, correct?

11      A.   Correct.

12      Q.   And then we have the product, whether or not

13 it's a combo drive or not, correct?

14      A.   Yes.

15      Q.   And then some other information, V1, V2.  Does

16 that stand for vendor?

17      A.   Vendors.

18      Q.   Okay.  Now, for example, if we just look at

19 this under manufacturer, it says HLD.  What does that

20 stand for?

21      A.   HLD?

22      Q.   HLD.

23      A.   I remember that's Hitachi.

24      Q.   Hitachi?

25      A.   Uh-huh.  Hitachi LD.

1      Q.   All right.  Now, do remember you and I taking

2   a look at Page 23 -- and I'm going to go one, two,

3   three, four, five, six drives up on Page 23, and I've

4   got it highlighted.

5           Do you remember you and I talking about that

6   specific drive?

7      A.   Yes, I remember.

8      Q.   And this is the -- I referred to it then, I

9   believe, as the 5056 drive, correct?

10     A.   Is it 5056 or -- yes.

11     Q.   All right.  And according to the spreadsheet

12  that your company produced and compiled, it shows that

13  the manufacturer of this drive is PHI, correct?

14     A.   Correct.

15     Q.   And PHI stands for Philips, correct?

16     A.   Correct.

17     Q.   And if you look at this page, every one of

18  these drives on this page you have listed as

19  manufactured by Philips.

20     A.   Yes.

21     Q.   Now, I then showed you Exhibit No. 962, and

22  I'll show you the cover page of this, which is a Philips

23  approval sheet, correct?

24     A.   Approval sheet, yes.

25     Q.   And we looked at the part number and we

1    determined, here is the 5056 again, correct?

2        A.   Yes.

3        Q.   All right.  But when you look up here as to

4    the drive that's in this, it refers to a QSI part

5    number, correct?

6        A.   Yeah, that's right, QSI part number there.

7        Q.   All right.  And if we look at Plaintiff's 963,

8    same thing.  We've got a Philips approval sheet.  We've

9    got the 5056, correct?

10       A.   Yes.

11       Q.   And we've got a QSI part number over on the

12   drive that's being made, correct?

13       A.   Yes.

14       Q.   And so at the end of that day of the

15   deposition, I asked you -- I told you that it seems to

16   me like this drive with the same part number here, this

17   drive is being manufactured by your other company, QSI,

18   and not by Philips, as is represented in the spreadsheet

19   that you gave me.

20            Remember me asking you that?

21       A.   I remember you asked.

22       Q.   And I asked -- and you said you didn't know

23   one way or the other, and I asked you if you would

24   please, overnight, call back to Taiwan and determine

25   whether I'm right or not, correct?

1       A.    Correct.

2       Q.    And you came back the next morning, and we

3  began your deposition, and you said that you had called

4  back to Taiwan, and sure enough, this drive is

5  manufactured by QSI, not Philips, as represented in your

6  spreadsheet, correct?

7       A.    Correct.  And I also explain that that's the

8  data we keep in our system and that we keep the best

9  data we can have.

10      Q.    Okay.  So your position on why you provided

11  inaccurate information in this spreadsheet is because

12  your computer in Taiwan has inaccurate information then?

13      A.    No.  I think that is accurate data.

14      Q.    Do you agree with me today that that part

15  number is manufactured by QSI and not Philips, as

16  represented in your numbers in your spreadsheet?

17      A.    Yes.  But my understanding is that QSI

18  actually is an OEM of Philips, so for us, the

19  manufacturer still, the Philips.

20      Q.    Well, that's interesting.

21            So you think that if QSI is making the drive

22  for Philips, then you can represent that it's being made

23  by Philips on your spreadsheet, and that's still

24  accurate?

25      A.    From our viewpoint, you know, we -- we have

1  the information provided by our vendor.  That I think I

2  told you in my deposition.

3       Q.   Okay.  So is your test --

4       A.   We -- all the information are actually

5  provided by our vendor.  Whatever they told us, we put

6  into our system.

7       Q.   So is it your testimony, then, that Philips is

8  the one that made this inaccurate statement?

9       A.   I did not say that.  I just say, whatever we

10 keep in our system was provided us from our vendor.

11 And then you also were told Philips is just a part

12 number in the document that you just show me as well.

13      Q.   You agree with me that that drive was made by

14 QSI?

15      A.   If -- just because you want me to find the

16 information, I went back to the office to ask the people

17 to check with our vendor.  Then they told me, yeah,

18 that's the -- that's -- the OEM manufacturer is QSI.

19      Q.   Now, on behalf of QCI, QCI first learned about

20 Mr. Kamatani and the '981 patent in 2006 when the

21 lawsuit was filed, correct?

22      A.   Correct.

23      Q.   That was August of 2006, the first time that

24 QCI had been accused of infringement by Mr. Kamatani,

25 correct?

1     A.    You mean in 2006?

2     Q.    Yes, ma'am.

3     A.    Quanta Computer USA was accused by

4 Mr. Kamatani.

5     Q.    All right.  When was QCI accused of

6 infringement by Mr. Kamatani?  Even later than that?

7     A.    Yeah, later than that.

8     Q.    Okay.  Sometime in late 2006?

9     A.    2007, I think.

10    Q.    Okay.

11    A.    September.

12    Q.    Now, at any time after being accused of

13 infringement by Mr. Kamatani, did QCI obtain a written

14 opinion from an attorney to find out whether or not QCI

15 was infringing?

16    A.    Quanta Computer?  No, I don't think we have.

17    Q.    Okay.  Since the lawsuit was filed, Quanta

18 Computer continues to sell computers with drives in them

19 into the United States, correct?

20    A.    Can you say again?

21    Q.    After being sued by Mr. Kamatani, the company

22 didn't stop its activity; it continued doing it,

23 correct?

24    A.    We are -- we are continue doing our normal

25 business, to ship the computer for our customers, yes.

1    Q.   And in fact, since 2006, not only have you

2  continued the business, but you've increased the

3  business.

4    A.   We -- yeah.  Our sales -- you mean our sales

5  volume has become bigger?

6    Q.   Yes, ma'am.

7    A.   Yeah.

8  

9  **REDACTED BY ORDER OF THE COURT**

10  

11   A.   Into the United States?  The whole product?  I

12  don't have the number on my head, so I don't know

13  whether I can agree with you.

14   Q.   All right.  Again, those are going to be some

15  spreadsheets that your company provided to us that would

16  show those numbers, correct?

17   A.   Yeah.  We provided the spreadsheet to show the

18  shipment to USA.

19   Q.   You would also agree with me that these drives

20  that are in your computers that come into the United

21  States distinguish between a CD and a DVD, correct?

22   A.   I don't know about the technology.  I don't

23  know.  I probably cannot comment on that.

24   Q.   Does your computer that you have that has a

25  drive in it, can it play a CD or a DVD?

 1      A.   You mean my computer?

 2      Q.   Your laptop computer.

 3      A.   Actually, I don't know, really.

 4      Q.   Let me ask you about another exhibit,

 5   Plaintiff's 977.  I think I can do this on the ELMO.

 6          Well, as soon as I said that -- let me see if

 7   I can switch back and pull up that exhibit.

 8          As being part of the legal department, are you

 9   aware of a contract --

10                MR. SANKEY:  Thank you, sir.

11      Q.   (By Mr. Sankey) -- that your company did with

12   Hewlett-Packard?

13      A.   I'm sorry.  What was the question?

14      Q.   I am going to use the ELMO.

15                MR. SANKEY:  I'm not sure where that's

16   coming from.

17                THE COURT:  I don't know where that's

18   coming from.  A case I tried yesterday.  So get me

19   confused on it.

20      Q.   (By Mr. Sankey) All right.  Can you see that

21   as a contract that your company entered into with

22   Hewlett-Packard?

23      A.   Yes.

24      Q.   And what's the date of that?

25      A.   The date is 28, February, 2006.

1    Q.    Okay.  Did you participate in negotiating this

2  agreement with Hewlett-Packard?

3    A.    Yes.



**REDACTED BY ORDER OF THE COURT**

11    Q.    Okay.  What was your understanding, then, of

12  the purpose of this agreement between your company and

13  Hewlett-Packard?

1          You also, about a year and a half after the

2    lawsuit was filed, sent some letters out to different

3    companies called indemnification letters, correct?

4          A.    I did send out some indemnification letter.

5          Q.    And let me start by asking you, if the lawsuit

6    was filed in August of 2006, why are you sending these

7    letters out in January of 2008?  Let me put one of them

8    up here.

9          A.    Actually, Quanta Computer, Inc., was sued

10   in -- I think in September 2007, and we, of course, have

11   some investigation and then send a letter to our

12   supplier about this situation, ask for indemnification,

13   sent a notice to them.

14         Q.    All right.  So if we take a look at Exhibit

15   No. 181, this is a letter that you were sending to

16   Philips, correct?

17         A.    Correct.

18         Q.    And you told them that you had been sued by

19   Mr. Kamatani and his company, LaserDynamics, correct?

20         A.    Yes.

21         Q.    And you told them that you were placing them

22   on notice that if you were to be -- have damages awarded

23   against you by a jury in this case, that you would seek

24   reimbursement from them, correct?

25         A.    Correct.

1      Q.   All right.  On that same day -- and by the

2  way, let me just show it again.  That is you signing

3  off -- or on the signature block of this letter, Tracy

4  Li, corporate counsel, legal team, Quanta Computer,

5  Inc.; is that correct?

6      A.   Correct.

7      Q.   You sent that same letter to Sony, correct?

8      A.   I believe so.  I don't -- I don't have a list,

9  but...

10      Q.   Okay.  Let me see if I can show that to you

11  real quick.

12      A.   Uh-huh.

13      Q.   Same letter going to Sony?

14      A.   Yes.

15      Q.   Okay.  Same letter going to NEC?

16      A.   Yes.

17      Q.   Same letter going to Sony NEC Corporation?

18      A.   Optiarc, yes.

19      Q.   Then most interesting, at least to me here, is

20  Exhibit 184.  You sent an indemnification letter to

21  Quanta Storage, Inc., correct?

22      A.   Yes.

23      Q.   Why did you do that?  You had no

24  indemnification agreement with them, did you?

25      A.   Huh?

Q.   Does QCI and QSI have an indemnification

agreement between them?

A.   We -- I think -- we did not have an original

indemnification agreement.

Q.   Did you have a verbal or oral agreement?

A.   They -- one of our -- they used to -- I think

they used to when they were our supplier, and we were --

by law, we still can go out to there to ask for an

indemnification.

Q.   And so with respect to Philips and Sony and

NEC and Sony NEC Optiarc and QSI, to the extent any

damages are awarded against you in this case, you plan

on seeking reimbursement from them; is that correct?

A.   Correct.

Q.   Now, after you sent those letters, I think you

told me -- what -- what type of response did you get

from those companies?

A.   I think I told you nobody of them respond.

MR. SANKEY:  Nothing further.

THE COURT:  Mr. Parker?

MR. PARKER:  I don't think we'll inquire

at this time, Your Honor.  We will recall her when it's

our turn.

THE COURT:  You'll wait till your

case-in-chief?

```
 1                    MR. PARKER:  Yes, sir.

 2                    THE COURT:  Okay.  All right.  You may

 3  step down.

 4                    THE WITNESS:  Thank you.

 5                    THE COURT:  Who will be your next

 6  witness, Counsel?

 7                    MR. SANKEY:  Your Honor, I would call the

 8  corporate representative, Mr. Cheng.

 9                    THE COURT:  Does this require an

10  interpreter?

11                    MR. PARKER:  He will, Your Honor.

12                    THE COURT:  Okay.  Let's swear the

13  interpreter first.

14                    (Interpreter sworn.)

15                    COURTROOM DEPUTY:  Raise your right hand,

16  please.

17                    (Witness sworn through interpreter.)

18                    THE COURT:  Mr. McAteer, you're going to

19  need to get another chair up there.

20                    You got one?  You can set it right there

21  beside him, so he can interpret.

22                    All right.

23          KEVIN CHENG, PLAINTIFF'S WITNESS, SWORN

24                    DIRECT EXAMINATION

25  BY MR. SANKEY:
```

1      Q.   Good afternoon, Mr. Cheng.

2      A.   Good afternoon.

3      Q.   I took your deposition in Los Angeles last

4  year, also, correct?

5      A.   Yes.

6      Q.   You work for QCI, the entity that manufactures

7  the optical disk drive?

8      A.   Yes.

9      Q.   Are you the head of the legal department for

10 QSI?

11     A.   Yes.

12     Q.   Were you aware of these statements made in

13 QCI's financial statements about the relationship

14 between your company and QCI?

15     A.   Within the scope of my job responsibility, I

16 did not make specific effort to get an understanding of

17 that part of the information.

18     Q.   So if QCI is controlling the operations of

19 your company, that's nothing that you would know in

20 being the head of the legal department?

21     A.   I am the head of the legal department of my

22 company.  As for the financial control of our company by

23 QCI, that is not my understanding.

24     Q.   How about --

25               THE INTERPRETER:  Oh, I'm sorry.

1    Interpreter correction.  The witness actually said that

2    is the part I don't understand.

3        Q.   (By Mr. Sankey) You don't understand that they

4    control your company's finances?  Is that what you're

5    saying?

6             THE INTERPRETER:  Interpreter correction

7    of the last rendition -- re-rendition.  I disagree.  I

8    did not say I don't understand.

9        Q.   (By Sankey) So you do understand that QCI

10   controls the finances and the operation of QSI?

11       A.   What I meant to say was, these two companies

12   are two separate companies.  Quanta Computer, Inc., does

13   not have any financial control of QSI.

14       Q.   Do they have operational control?

15       A.   We are a completely independent company, and

16   our operation is independent.

17       Q.   So the statement that QCI is making in their

18   financial statements about having control of both

19   finances and operations is an inaccurate statement?

20       A.   Well, my opinion is -- my opinion is our

21   company is completely independent company.  I'm not in

22   the position to comment on QCI's statement in their

23   financial statement.

24       Q.   When you saw that up on the board today, is

25   that the first time you've heard QCI make a statement

1   that they control the finances and the operation of QSI?

2          THE INTERPRETER:  Interpreter needs to

3   clarify with the witness.

4      A.   I think in my work experience, I might have

5   the opportunity to review -- or to look at a financial

6   report, document like that one, but I don't specifically

7   remember that I have seen that particular piece of

8   information.

9      Q.   (By Mr. Sankey) I take it you knew, for

10  example, that your company leases office space from

11  them, correct?

12     A.   My knowledge is yes.

13     Q.   And as part of the head of the legal

14  department, you knew that they guaranteed their debt

15  with the banks?

16     A.   I am the -- I'm in charge of the legal

17  department.  As for any financial arrangement, I think

18  it's better for you to inquire of the person who is in

19  charge of the finance department.

20     Q.   And my only question to you is, do you know

21  that they guarantee, your company?

22     A.   Within the purview of my job responsibility, I

23  do not have such an understanding.

24     Q.   Do you know whether or not your company, QSI,

25  sells optical disk drives to QCI?

1      A.    That depends on the time period you are

2  referring to.   Currently, we are not selling optical

3  disk drives to Quanta Computer.

4      Q.    You used to sell disk drives to Quanta

5  Computer, correct?

6      A.    To my knowledge, we used to, that's correct.

7      Q.    And Quanta Storage used to sell drives to

8  their other American subsidiary, QCH, correct?

9              THE INTERPRETER:   Did you say QCH?

10             MR. SANKEY:   Yes.

11     A.    I do not have detailed knowledge of the

12 actual dealings, but I think in the financial documents

13 that we have produced to your side, you can find the

14 detailed -- detailed information.

15     Q.    (By Mr. Sankey) QSI has a subsidiary located

16 in China called QSS, correct?

17     A.    Yes.

18     Q.    And that is the entity that actually

19 manufactures the optical disk drive, correct?

20     A.    Yes.

21     Q.    Your company ships optical disk drives from

22 China to the United States, correct?

23     A.    I think, regarding your question, it depends

24 on specific timeframes.   My understanding is, currently,

25 we're not doing that.

1     Q.   When did you stop?

2     A.   Well, within the purview of my job

3   responsibility, I do not have specific knowledge, but I

4   think in the financial documents we produced, you can

5   find the specific delivery information.

6     Q.   And so are we better off, then, relying upon

7   those documents as to when you were shipping products

8   into the United States as opposed to your testimony,

9   since you're in the legal department?

10    A.   What I meant to say was, if you want to know

11   the detailed information regarding finance or sales or

12   delivery, it's better to refer to those documents,

13   because I'm in charge of the legal or law aspect of our

14   company.

15    Q.   Your company also has hubs for warehouses,

16   correct?

17    A.   Currently -- basically, our current customer

18   is Sony.  If they have such request, we would set up

19   such hub or warehouse as they're requested.

20    Q.   Okay.  And Sony's requested that you have hubs

21   in the United States, have they not?

22    A.   To my knowledge, I think so.

23    Q.   QSI has a hub in Austin, Texas, correct?

24    A.   As far as the specific location, I'm not able

25   to confirm right now.

1      Q.   How many hubs are you aware of that your

2  company has in the United States?

3      A.   Just based on my own understanding, I'm not

4  able to answer your question.

5      Q.   As head of the legal department, do you enter

6  into and sign the lease agreements for these hubs?

7                 THE INTERPRETER:  Interpreter needs to

8  clarify with the witness.

9      A.   Based on my knowledge, I was involved in the

10  negotiation of leasing the hubs, the location, but we

11  have not entered into any agreements with any of these

12  locations.

13      Q.   (By Mr. Sankey) It's not your testimony that

14  you don't have any hubs in the United States anymore, do

15  you -- is it?

16      A.   That's -- that's not my position.  We still

17  have hubs; however, maybe because we cannot come to

18  agreement as to the specific terms of the lease

19  agreement, we did not sign any lease agreement.

20  However, we still use some of the warehouses in the

21  United States.

22      Q.   QSI manufactures drives that end up in Dell

23  computers, correct?

24      A.   That is a possible scenario.

25      Q.   It's not possible; it happens, doesn't it,

1 sir?

2    A.   Well, our direct customer is Sony.  Into which

3 brand name computer Sony would install those disk

4 drives, we do not have that specific knowledge.

5    Q.   Tell the jury whether or not any QSI drives

6 are in Dell computers.

7    A.   Are you asking me to speculate?

8    Q.   No, sir.  I'm asking whether or not, as a

9 corporate representative of QSI, you can tell the jury

10 whether or not there are any of your company's drives in

11 Dell computers.

12    A.   Well, as I stated earlier, the position of our

13 company is, our customer is Sony.  We deliver our

14 product to Sony, and Sony will assemble these drives to

15 different brand name notebook computers.

16        And if you want to ask me about the situation

17 for specific customers, for example, HP or Dell, I can

18 only tell you that's a possible situation.

19        I would like to add something.

20        THE INTERPRETER:  The interpreter just

21 now interpreted that Sony would assemble the disk drive

22 to the notebook computers.  That's actually not the

23 situation.

24        Sony orders the disk drives, and they

25 would ask their OEM subcontractors, such as Compal or

1  Quanta Computer, to assemble those disk drives to the

2  notebook computers.

3      Q.   (By Mr. Sankey) Are you aware, sir, that a QSI

4  employee from Taiwan meets with Dell in Austin, Texas,

5  on a quarterly basis?

6            THE INTERPRETER:  Every quarter or every

7  month?

8            MR. SANKEY:  Every quarter.

9      A.   To my understanding, if our customers -- and

10  before it was Philips, and currently, it's Sony -- if

11  they have the needs for our employee to go to a specific

12  location to meet with customers, we would comply with

13  the request to go to the designated location.

14     Q.   (By Mr. Sankey) And that happens every quarter

15  in Austin, Texas, correct?

16     A.   I'm not able to confirm the frequency of the

17  meeting.

18     Q.   Are you able to confirm to the jury that QSI

19  has an employee that's stationed full time in Austin,

20  Texas?

21     A.   To my knowledge, we would not have a

22  designated full-time employee stationed in a specific

23  location.

24            As I explained earlier, if our employee -- if

25  our customer, Philips or Sony, had a specific request,

1  we would send someone from Taiwan to meet with the

2  customers.

3      Q.   What are some of the reasons why someone from

4  Taiwan would meet with Dell in Austin, Texas?  What are

5  they doing?

6      A.   To my knowledge, companies, such as Dell or

7  HP, might have some technical issues that cannot be

8  resolved by our customer, for example, Philips, and they

9  would like us to participate in the meeting to help them

10  to resolve the problem.

11      Q.   And when you say technical issues, you're

12  specifically referring to technical issues with the

13  optical disk drive that your company manufactures?

14      A.   That's correct, because our products are

15  limited to optical disk drives.

16      Q.   And is it your understanding, when they're

17  assisting them with this -- these technical issues, that

18  they are required and oftentimes will test the drive to

19  determine what's wrong with it?

20      A.   As for technical issues, I think that's one of

21  the possibilities.  But if you want to ask the

22  specifics, I don't think I can give you an accurate

23  description of the technical issues.  I can only say

24  that is one of the possibilities.

25      Q.   And I really did not want to ask you about the

1  technical issues, but to test the drive, they're going

2  to take a disk and put it in the drive and play it,

3  correct?

4       A.   That depends on what kind of test they want to

5  conduct.  It is not necessarily you have to put a

6  disk -- a disk into the disk drive to test.  There are

7  different tests.

8            For example, you can -- there are tests that

9  test the durability of the disk drive or how the -- how

10 the disk -- how -- of the -- how the drive can endure

11 temperature changes.  There might be different ways.

12      Q.   Are you aware of any tests that require you to

13 put the disk into the drive?

14      A.   I think that's one of -- one type of the test.

15 I think that could happen.

16      Q.   And your QSI employee would assist the

17 customer in the United States on resolving those

18 technical issues, correct?

19      A.   That is correct.  Our position is, if our

20 customer -- if our customer is -- Philips or Sony have

21 such a request, asking us to help the customer to solve

22 the technical problems, we would provide -- provide such

23 assistance.

24      Q.   In fact, your company is going to provide

25 whatever assistance your customer wants you to provide

1  in the United States, correct?

2      A.   I think, based on the spirit of servicing

3  customers, we would try our best to meet our customers'

4  needs.

5      Q.   And I forgot to ask you earlier, Mr. Cheng,

6  but do you have a laptop computer?

7      A.   I do.

8      Q.   Does it have an optical disk drive in it?

9      A.   Oh, some of them -- some of them -- some of

10  them do; some of them don't.

11      Q.   How about the one that you brought with you

12  when you came to the United States on this trip?  Does

13  it have one in it?

14      A.   It doesn't.

15      Q.   As part of the legal department, did you

16  participate in negotiating contracts between QSI and

17  Philips?

18      A.   Yes.  I was in charge of it.

19      Q.   If we look at Plaintiff's 1007, are you

20  familiar with a contract called Head of Agreement

21  between QSI and Philips?

22      ■            **REDACTED BY ORDER OF THE COURT**            ■

23  ■

24      Q.   What was your participation, if any, in

25  negotiating this agreement?

1      A.   As a member of the legal department, I think I

2 have the knowledge of the terms and articles that would

3 discuss -- that were discussed in the negotiation of the

4 agreement.

5      Q.   Let me show you the last page of that

6 agreement.  Signed in 2004, correct?

7            THE INTERPRETER:  Interpreter interpreted

8 incorrectly, and the witness just corrected the

9 interpreter.  It was signed in the year 2004.

10      Q.   (By Mr. Sankey) Okay.  And the signature here

11 for your company is a C.C. Chien.  What is his position

12 with the company?

13      A.   At that time, he was the President of our

14 company.

15      Q.   Does Mr. Chien have any relationship with QCI?

16      A.   To my knowledge, no.

17      Q.   He's not one of the common officers or

18 directors with QCI?

19      A.   The -- the board member of which company?  Are

20 you talking about QCI?

21      Q.   Correct.

22      A.   To my knowledge, I don't think so.

23      Q.   Let me show you Page 2 of the agreement, which

24 talks about the financial relationship between QCI and

25 Philips.

1        Were you aware of these terms?

2    A.    Yes, I have knowledge of such articles.



**REDACTED BY ORDER OF THE COURT**

18    A.    Correct.  That's what's written on the

19 contract.

20    Q.    And so in January of 2004 -- by the way, was

21 the CD market -- I mean, the optical disk drive market

22 doing pretty well in January of 2004?

23    A.    I'm not in marketing and sales, and from my

24 perspective, I'm not able to comment on the business

25 situation of the product.

1      Q.   Your company began in 1999; is that correct?

2      A.   Correct, February of 2009 -- correct, February

3 of 1999.

4           THE INTERPRETER:  Oh, I'm sorry, Counsel.

5 May I get a minute and get another pen?

6           THE COURT:  Yes.

7           Well, I tell you what we'll do, we'll go

8 ahead and take a break here.

9           Ladies and Gentlemen, be ready to come

10 back in the courtroom at 3:25, 3:25, 3:25.

11           You may leave the courtroom.  Remember my

12 instruction about not discussing the case.

13           (Jury out.)

14           THE COURT:  All right.  Court's in recess

15 until 3:25.

16           (Recess.)

17           (Jury in.)

18           COURT SECURITY OFFICER:  All rise.

19           THE COURT:  Please be seated.

20           Okay.  Mr. Sankey, let's proceed.

21      Q.   (By Mr. Sankey) Mr. Cheng --

22           MR. SANKEY:  Let me put that last exhibit

23 up.  It will be 96 -- there we go.

24           If we could enlarge that.  I didn't

25 realize when I was using the ELMO there, I had it so

1  small.

2      Q.   (By Mr. Sankey) So this was the agreement we

3  were talking about in 2004 with QSI and Philips?

4      A.   Yes.

5           MR. SANKEY:  Let me see if I can have

6  brought up Plaintiff's Exhibit 1135, Page 1.

7      Q.   (By Mr. Sankey) You had mentioned something

8  about whether or not your drives were ending up in any

9  Dell computers.  I want to show you this document here.

10          Do you see here where QSI is selling a drive

11 to Philips, and they're shipping the drive to Dell in

12 Nashville, Tennessee?

13     A.   Yes, I see that.

14     Q.   Okay.

15          MR. SANKEY:  If we could go in that same

16 exhibit to Page 99.

17     Q.   (By Mr. Sankey) Do you see here where, again,

18 your company is shipping a drive, this time to Dell in

19 Austin, Texas?

20     A.   Yes.  I believe we did that, according to the

21 instruction sent to us from our customer, Philips.

22          THE INTERPRETER:  Oh, the interpreter

23 made a mistake.

24     A.   What I said was, based on our customer's

25 instruction, Philips' instruction, we deliver the

1  products to Dell.

2           MR. SANKEY:  Let me see if I can pull up

3  Plaintiff's Exhibit 1009.

4  ▬▬  ▬▬ ▬▬ ▬▬▬ ▬▬ ▬▬ ▬▬▬▬ ▬▬ ▬

5  ▬▬
              **REDACTED BY ORDER OF THE COURT**
6  ▬▬

7      A.   Yes, I was involved.

8      Q.   All right.  And let me see if I can enlarge

9  this first whereas paragraph here.

10         ▬▬ ▬▬ ▬▬ ▬▬ ▬▬ ▬▬ ▬▬▬ ▬▬

11 ▬▬▬▬ ▬▬▬ ▬▬▬ ▬▬ ▬▬▬ ▬▬ ▬▬

12 ▬▬▬ ▬▬ ▬▬▬

13     A.   Yes, I do see that.

14     Q.   By September 15th of 2004, the date of this

15 agreement, Philips had a license to Mr. Kamatani's

16 patent, which they got back in '98, correct?

17     A.   I don't quite understand your question.  Would

18 you please repeat your question?

19     Q.   Okay.  You heard earlier when Mr. Kamatani was

20 on the stand, that he -- that LaserDynamics entered into

21 a license agreement with Philips back in 1998, correct?

22     A.   I think so.

23     ▬▬ ▬▬ ▬▬ ▬▬ ▬▬ ▬▬▬ ▬▬ ▬

24 ▬▬▬ ▬▬▬ ▬▬▬ ▬▬▬ ▬▬▬ ▬▬ ▬▬▬

25 ▬▬▬ ▬ ▬▬▬▬ ▬▬ ▬▬ ▬▬▬ ▬▬ ▬ ▬▬▬



REDACTED BY ORDER OF THE COURT





REDACTED BY ORDER OF THE COURT

```
 1   right now.
 2       Q.   Let me see if I can find that real quick for
 3   you.  You know, I'm glad you pointed that out, because I
 4   made a mistake.  Plaintiff's Exhibit 1015, if you'll
 5   take a look at the amount.
 6               THE COURT:  Ms. Dupree is trying to
 7   switch it back.
 8               MR. SANKEY:  I need it to the ELMO.
 9               COURTROOM DEPUTY:  It's the document
10   camera.
11
12
13          REDACTED BY ORDER OF THE COURT
14
15
16
17
18
19
20
21
22
23
24
25
```

1 ████ ████ ████ ████ ████ ████ ████ ██ ██

2 ████                                          ■

**REDACTED BY ORDER OF THE COURT**

3 ██ ██

4     Q.   When did the relationship with Philips -- did

5 it come to an end?

6     A.   Yes.   At around the first half of 2007, the

7 relationship ended.

8               MR. SANKEY:   If we could pull up

9 Plaintiff's Exhibit 1006.

10              THE COURT:   Ms. Dupree, you'll have to

11 help him.

12     Q.   (By Mr. Sankey) Around that same time period

13 that you stopped doing business with Philips, is that

14 when you started doing business with Sony NEC Optiarc?

15     A.   I should put it this way:   The relationship

16 with Philips and the relationship with Sony NEC should

17 have some overlaps.   Our relationship with Sony NEC

18 started from the second half of 2006.   I think the

19 overlap would be between the second half of 2006 to the

20 first half of 2007.

21     Q.   Okay.   Now, if we look at --

22              MR. SANKEY:   If we can enlarge that first

23 paragraph there.

24     Q.   (By Mr. Sankey) You heard Ms. Li from QCI

25 testify earlier in November of 2006, her company entered

1   into an agreement with Sony, correct?

2       A.   So the agreement you're talking about is this

3   agreement?

4       Q.   No.  I'm asking whether or not you recall her

5   testimony earlier, that her company entered into an

6   agreement in November of 2006 with Sony.

7       A.   I don't recall the specific testimony earlier.

8   Maybe she -- maybe she mentioned the agreement with HP

9   or Apple.

10          Did she mention Sony?

11      Q.   It may have been with HP; you're right.

12          Is there a coincidence that this agreement

13  that QSI entered into was in November 2006, again three

14  months after this lawsuit was filed?

15      A.   Well, the signing of the agreement was in

16  November of 2006, but I believe that agreement has

17  nothing to do with this lawsuit.

18      Q.   Your testimony was that there was some overlap

19  between the relationship with Philips ending and the

20  beginning of the relationship with Sony, correct?

21      A.   Yes.

22  ▌    ▬ ▬▬▬ ▬▬▬ ▬ ▬▬ ▬▬▬▬ ▬▬▬ ▬▬▬

23  ▬▬ ▬▌   **REDACTED BY ORDER OF THE COURT**

24  ▌    ▬ ▬ ▬▬ ▬ ▬▬▬ ▬▬ ▬▬▬▬

25  ▬▬▬▬▬ ▬▬▬ ▬▬▬ ▌ ▬▬ ▬▬▬▬ ▬▬ ▬ ▬▬



REDACTED BY ORDER OF THE COURT

10    Q.    And Sony's the entity today, for example, that

11 you say requests that your company comes over to the

12 United States to meet with and provide assistance to

13 Gateway or Dell or Apple or HP, correct?

14    A.    Yes.  If we receive such requests from the

15 company, Sony, we would comply.

16    Q.    Do you agree with Ms. Li that the reason why

17 Dell and Apple and HP want an optical disk drive in

18 their computer is so that their end-user can play movies

19 or play movies?

20          THE INTERPRETER:  Could you read that,

21 please?

22          (The record was read.)

23    A.    I think that is one of the functions of

24 optical disk drives.

25    Q.    (By Mr. Sankey) And that's one of the

1  functions that the end-user that purchases the computer

2  from Dell or Apple is doing in the United States,

3  correct?

4      A.   Are you talking about playing music or playing

5  DVD movies?

6      Q.   Correct.

7      A.   Are there any limits?

8           I'm not very clear of your question.

9      Q.   Well, it's kind of a common-sense question.

10          Is it your understanding that the end-user

11  that buys the computer from Dell or HP is using their

12  optical disk drive to play movies and/or to play music?

13     A.   I believe that is one of the functions that

14  the consumer wants when they purchase a notebook

15  computer.  However, I think they have many other

16  concerns when they purchase a notebook computer.  The

17  optical disk drive is not the only concern that they

18  have.

19     Q.   Let me take a look real quick at

20  Plaintiff's 650, which is another agreement between your

21  company and Sony.  And we will see it here in a second.

22          But this one was entered into at the very end

23  of 2002, December 31, 2002.  That is about the time that

24  you joined QSI's Legal Department, correct?

25     A.   Yes, around that time.



1      Q.    Did you participate in negotiating this

2  agreement?

3      A.    Yes, I did participate.

REDACTED BY ORDER OF THE COURT



REDACTED BY ORDER OF THE COURT



REDACTED BY ORDER OF THE COURT

**REDACTED BY ORDER OF THE COURT**

 7    Q.    Let me switch subjects for a second.

 8          When did QSI first know about the '981 patent?

 9    A.    I think it was in the year 2002.

10    Q.    Did Mr. Kamatani's attorney send a letter to

11    your company requesting a meeting?

12    A.    Yes.  I think in 2002, they sent a letter to

13    our company.

14    Q.    Did Mr. Kamatani's attorney ask whether or not

15    QSI was interested in a license agreement?

16    A.    Yes.  That issue was raised during the related

17    meetings.

18    Q.    Okay.  And sometime in 2003, your company told

19    LaserDynamics that they did not want to enter into a

20    license agreement, correct?

21    A.    I don't agree.  I think in the year 2003, we

22    have reached some conclusions from technical point of

23    view.  We believe that our products did not practice the

24    art revealed in their patent.

25          As for the licensing issue, because they did

1   not make any further contacts with us and we did not

2   have the opportunity to give it further consideration.

3       Q.   Similar to QCI, your company didn't hire an

4   attorney to give you an opinion to say you did not

5   infringe, did it?

6       A.   At that time, we did not do such a thing,

7   because from a technical point of view, the technical --

8   the dispute in technology is very obvious.  We can draw

9   a very definite conclusion.

10      Q.   Are you a technical person?

11      A.   I'm not.

12      Q.   Do you understand how your company's drives

13  operate?

14      A.   As far as technology is concerned, I do not

15  have the knowledge.

16      Q.   And your answer began with:  At that time, we

17  did not go get a legal opinion from counsel.

18           All the way up through today, have you done

19  so?

20      A.   As far as legal opinions from outside

21  attorneys, we have not formally sought such opinion.

22           However, since the starting of this case, we

23  have discussed the technical issues with our attorney.

24      Q.   Since 2002, your company's continued to make

25  DVD drives, correct?  Or optical disk drives?

1        A.    Yes.

2        Q.    Since this lawsuit was filed in August of

3   2006, your company's continued to make optical disk

4   drives?

5        A.    Yes.  Based on our customers' requests, the

6   request from Philips and Sony, we were asked to continue

7   with our production.

8        Q.    In fact, a number of drives that your company

9   is manufacturing has increased every year, correct?

10       A.    As far as trend is concerned, I think that's

11  the case.  However, if -- I'm not able to confirm if the

12  increase is annually.

13       Q.    And through today, your company continued to

14  provide support to U.S. customers, correct?

15       A.    Currently, our only customer is Sony Optiarc,

16  so I'm not sure.

17             What are you referring to by the customers, in

18  your question?

19       Q.    I'm referring to the customers in the United

20  States that you provide assistance to, like Dell and HP

21  and Apple.

22             Your company continues to do that through

23  today, correct?

24       A.    First, I would like to say, currently, Dell

25  and HP are Sony's customers.  They are not the customers

1  of QSI.

2          And, secondly, I would like to say, if Sony

3  made a request to us asking us to help their customers,

4  we would provide support to help them to solve issues.

5      Q.   And my only question is, you continue to do

6  that today?

7      A.   Yes, because we do have such request from

8  Sony.

9      Q.   Your company, QSI, also has an American

10 subsidiary, correct?

11     A.   Yes.  We have a subsidiary in California.

12     Q.   What's the name of that subsidiary?

13     A.   If I remember correctly, it is called Quanta

14 Storage America, Inc.

15     Q.   And what business is Quanta Storage America,

16 Inc., in?

17     A.   It is not in any business over here.

18     Q.   What's the purpose of having Quanta Storage

19 America, Inc., if it's not in any business?

20     ▮▮  ▮▮▮▮▮▮ ▮▮▮ ▮▮ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮▮

21 ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮

22 ▮▮▮▮▮     **REDACTED BY ORDER OF THE COURT**

23 ▮▮▮▮▮  ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮

24 ▮▮ ▮▮

25        ▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮

1     A.   The only reason that we set up this subsidiary

2  is to --

3                  THE INTERPRETER:   I need a clarification.

4

5                  **REDACTED BY ORDER OF THE COURT**

6

7

8

9

10

11

12

13

14     Q.   All right.  Now, Quanta is not contending in

15  this lawsuit that you own your own patent that covers

16  this discrimination technology, are you?

17                  THE INTERPRETER:   I'm sorry, Counsel.  By

18  Quanta, you mean Quanta Storage or Quanta --

19                  MR. SANKEY:   Quanta Storage.

20     A.   Whether we have any patents covering the

21  technology, I don't have the specific knowledge, because

22  our company had also filed many patent applications.

23  I'm not able to recall whether we have any related

24  patents.

25     Q.   Okay.  So you can't tell this jury of a single

1  patent that your company owns that covers this

2  technology, correct?

3       A.   Correct.  Because I do not have any relevant

4  documents on hand.  I'm not able to answer this

5  technical question.

6            MR. SANKEY:  If I could ask you to pull

7  up Plaintiff's Exhibit 876.

8       Q.   (By Mr. Sankey) Are you aware that your

9  company applied for a United States patent on similar

10 technology in 2006, in fact, August of 2006, the same

11 month this lawsuit was filed?

12      A.   Based on my reading of this document, I think

13 that's the case.

14      Q.   Okay.  Are you aware that the United States

15 government never issued your company a patent on this

16 technology?

17      A.   I'm not able to confirm that right now,

18 because as for the patent application and patent

19 prosecution, we had patent engineers to handle that part

20 of the business.

21           MR. SANKEY:  Let me ask if I can pull up

22 Paragraph No. 5 of this application.

23      Q.   (By Mr. Sankey) Let me read you parts of this,

24 and I want to ask you if you agree with your company's

25 application to the United States government.

1             In the era of technology, with rapid advances,

2    as a result of the popularity of data with large memory

3    capacity, like pictures, movies -- music, movies and

4    computer software, optical disks has become

5    indispensable for every computer user.

6             Do you agree with that statement made by your

7    company?

8        A.   That's what's written in this document, that's

9    correct.

10       Q.   It says, Two main categories of the optical

11   disk are compact disk, CD, and digital versatile disk,

12   DVD.

13            With the advantages of large memory capacity,

14   small size, and safety in storing data, the optical disk

15   distinguishes itself in all kinds of storages.

16            Furthermore, an optical disk drive capable of

17   reading CD and DVD becomes one of the essential

18   equipments of a personal computer.

19            Do you agree with your company's statement?

20       A.   I think as far as --

21            THE INTERPRETER:  Interpreter correction.

22       A.   I think as far as this patent application is

23   concerned, the description in this paragraph is correct.

24       Q.   (By Mr. Sankey) You told me in your deposition

25   in L.A. that your company will not stop making optical

1   disk drives unless and until a jury finds that you're

2   infringing.

3          Is that still your position?

4       A.   I'm not able to ascertain whether that would

5   be my exact testimony at the deposition; however, my

6   position right now is, we will not stop --

7                THE INTERPRETER:  Okay.  Interpreter

8   correction.  The witness just corrected the interpreter.

9       A.   My position at that time was, we would not

10  stop the production of optical disk drives if our

11  customer requested us to continue with the production.

12      Q.   (By Mr. Sankey) Has your company, similar to

13  QCI, requested indemnification from your customer,

14  Philips or Sony?

15      A.   Yes.  In regards to this particular lawsuit,

16  we did make such a request to our customers, Sony and

17  Philips, and the response we got from our customers was

18  that we -- we should continue with our production, and

19  they would handle the dispute.

20      Q.   So they've agreed to pay whatever damages that

21  are assessed against your company?

22      A.   They did not specifically mention any monetary

23  payment; they just requested us to continue with the

24  production of optical disk drives, and they would handle

25  the patent disputes.

```
 1                    MR. SANKEY:  I pass the witness, Your

 2  Honor.

 3                    THE COURT:  Mr. Parker?

 4                    MR. PARKER:  We will not inquire at this

 5  time, Your Honor.

 6                    THE COURT:  Okay.

 7                    MR. PARKER:  Reserve until our

 8  case-in-chief.

 9                    THE COURT:  Okay.  Thank you.

10                    You may step down.

11                    All right, Mr. Sankey.  Who will be your

12  next witness?

13                    MR. SANKEY:  One second, Your Honor.

14                    (Pause in proceedings.)

15                    MR. SANKEY:  At this time, we would call

16  by deposition the representative that testified for

17  Dell.

18                    THE COURT:  Any objection?

19                    MR. SANKEY:  Mr. Steenbergen.

20                    THE COURT:  Mr. Rambin, are you going to

21  read the answers?

22                    MR. RAMBIN:  Yes, Your Honor.

23                    QUESTION:  Would you state your name for

24  the record, please, sir.

25                    ANSWER:  Chris Steenbergen.
```

1          QUESTION:  Mr. Steenbergen, my name is

2    Tom Sankey, and I represent LaserDynamics in a patent

3    infringement lawsuit filed against Defendants -- the

4    Quanta Defendants.

5          Do you understand that?

6          ANSWER:  Yes, I do.

7          QUESTION:  And you have been designated

8    today to serve as a corporate representative for Dell;

9    is that correct?

10         ANSWER:  Regarding a number of the

11   technical and process issues that I'm aware of, yes.

12         QUESTION:  And are you presently employed

13   by Dell?

14         ANSWER:  Yes, I am.

15         QUESTION:  What is your position?

16         ANSWER:  I'm a strategist for removable

17   storage.

18         QUESTION:  And would that include optical

19   disk drives?

20         ANSWER:  It has included optical disk

21   drives for the past seven and a half years.  I'm just

22   now transitioning to a more general position where it

23   is -- still somewhat includes optical disk drives, but

24   it's more removable storage in general.

25         QUESTION:  And I know we've received

1  several CDs from Dell.  Were you responsible for

2  downloading the information onto those CDs?

3                 ANSWER:  No.  I tried, but the new

4  database only allows individual files to be -- to be

5  copied out of the database.

6                 The old engineering database allowed us

7  to copy directly the full folders for individual

8  projects, and so I had to ask for assistance in order to

9  get this copied.

10                 QUESTION:  Do you know how many projects

11  were downloaded onto those CDs?

12                 ANSWER:  Not off the top of my head

13  anymore, but I identified at least five.  There's

14  probably more.  Probably a few more.

15                 QUESTION:  And it's your -- based on your

16  review, that those five projects were with respect to

17  Dell's relationship with Philips and Optiarc?

18                 ANSWER:  The projects were on optical

19  disk drives that were offered to us by Philips and

20  Optiarc, yes.

21                 QUESTION:  We also received a disk that

22  contained a spreadsheet of optical disk drives purchased

23  by Dell from 2004 to -- through 2008, and I'll show you

24  here on the table -- I'm going to mark it as an exhibit,

25  but about 1400 pages printed off from the disk.

1                    Did you participate at all in searching

2    for and/or producing those documents?

3                    MR. SANKEY:  And could we have Exhibit

4    No. 3, please?

5                    Can it be enlarged at all?

6                    MR. RAMBIN:  The answer is no.

7                    QUESTION:  Have you ever seen those

8    documents before?

9                    ANSWER:  I saw a single page from them.

10                   QUESTION:  Let me show you Exhibit No. 3.

11                   Is that the single page that you're

12   referring to that you have seen?

13                   ANSWER:  No.  That's not what I was

14   referring to.  I saw this just -- just this morning.

15                   QUESTION:  What document are you

16   referring to?

17                   ANSWER:  It was a page -- pretty much

18   looked like the top page there, just as an example,

19   whether I would be able to testify to that, and I was

20   not familiar with that format.

21                   QUESTION:  When were you shown that

22   document?

23                   ANSWER:  A few weeks ago, something like

24   that.

25                   QUESTION:  And do you believe that one

1  page that you did review to be from those documents that

2  were produced?

3          ANSWER:  I suspect it is, yeah.

4          QUESTION:  With respect to Exhibit 3,

5  which of these entities have you dealt with as part of

6  your engineering department from Dell?

7          ANSWER:  Can you clarify that?  As part

8  of the drive qualification or a general contact?

9          QUESTION:  Let's start with general

10  contact.

11          ANSWER:  Because of my role, I have

12  contacted all of those companies at some point or the

13  other.

14          QUESTION:  How about with respect to a

15  drive qualification?

16          ANSWER:  For drive qualification, it

17  would be Philips, LiteOn, Pioneer, Quanta Storage, and

18  Sony NEC Optiarc and Toshiba.

19          QUESTION:  Let me back up for just a

20  second and get a little bit of information about your

21  educational background.

22          Can you tell us that, please, sir?

23          ANSWER:  Sure.  I have a Master's and

24  Ph.D. in technical physics.  That's pretty much the

25  original education.  Then, of course, there's on-the-job

1  education since then.

2              QUESTION:  When did you obtain these

3  degrees?

4              ANSWER:  The Master's was in 1971 at

5  Delft Technical University in the Netherlands.

6              The Ph.D. was in 1979 at that same

7  university.

8              QUESTION:  Can you start for me in 1979

9  going forward and tell me who your employers were.

10             ANSWER:  I started in 1979 with Philips

11 at their research labs for three years.

12             In 1982, I moved to a Philips joint

13 venture that they had with Control Data in Colorado

14 Springs.

15             In 1987, I moved to another joint venture

16 that Philips had with DuPont in Wilmington, Delaware.

17             After that, I, for two years, was under

18 contract with Idemitsu, a Japanese manufacturer, who at

19 that time was looking into optical disks.

20             In 1994, I consulted parallel to Nikon

21 for optical disk standardization and to a small company

22 in Boulder, Colorado, for optical disk testers.

23             But, ultimately, that became a permanent

24 position until my -- 2000 when I joined Dell and where I

25 have been since then.

1              QUESTION:  What position did you start

2   with at Dell?

3              ANSWER:  At Dell, I started as a

4   technologist for optical storage.

5              QUESTION:  And at that point in time --

6   at what point in time did that change?

7              ANSWER:  That changed about a year ago

8   when I became a strategist for removable storage.

9   That's because the Optical Storage Division was being

10  moved to Singapore.

11             QUESTION:  Tell us, if you would, how

12  your job responsibilities changed.

13             ANSWER:  At that time?

14             QUESTION:  Yes, sir.

15             ANSWER:  At the time, I was only

16  monitoring what was happening at our group in Singapore,

17  and I am, for a larger period -- amount of time on

18  tape -- tape storage and tape storage automation.

19             QUESTION:  It is my understanding that

20  you are part of the Removal Media Storage Device Group.

21             ANSWER:  I was.

22             QUESTION:  And when did that change?

23             ANSWER:  I officially started reporting

24  to my present director late last year.  I won't be able

25  to give you an exact date, because it's been kind of a

1 slow -- slow transition, but the official reporting was

2 sometime -- sometime in the second half of last year.

3                    QUESTION:  Is there a name for the group

4 that you're in now?

5                    ANSWER:  It's tape and tape automation.

6                    QUESTION:  As part of your move to a

7 different department, do you still participate or have

8 contact with the entities on Exhibit 3 that you

9 identified with respect to drive qualification?

10                    ANSWER:  Not recently.  Last contacts

11 with some of these were March, and it's supposed to be

12 pretty much -- pretty much end by that time.

13                    QUESTION:  In the March of 2008 contact,

14 can you tell me what that was?

15                    ANSWER:  I was in Singapore attending our

16 quarterly product reviews, which is a discussion with

17 some of these companies on their product plans and

18 lining them up with Dell's product plans.

19                    QUESTION:  And which of the companies off

20 of Exhibit 1 participated in this meeting in Singapore?

21                    ANSWER:  That was Sony NEC Optiarc, and

22 that was pretty much it.

23                    QUESTION:  Was there a representative

24 from either AsusTeK or Quanta?

25                    ANSWER:  No.

1          QUESTION:  If you look at Exhibit 3, down

2     at the bottom where it says total drives, it reflects

3     that Dell has purchased a little over 9.2 million

4     optical disk drives from these vendors; is that correct?

5          ANSWER:  That would be your contention.

6     I wouldn't be able to tell.

7          QUESTION:  That's what the document

8     reflects.

9          ANSWER:  It says drives.

10          QUESTION:  Well, let me ask you this:

11    With respect to the drives that are reflected on Exhibit

12    No. 3, what role -- as part of the Removal Media Storage

13    Device Group, what role did you or that group play in

14    the selection or the purchase of these drives?

15          ANSWER:  The document isn't clear as to

16    what these drives are.

17          QUESTION:  What types of drives does Dell

18    currently sell in its computers?

19          ANSWER:  Optical drives?

20          QUESTION:  Yes, sir.

21          ANSWER:  We just discontinued CD-ROM

22    drives.  There may be a few around still.

23          Then we sell DVD-ROM drives, so-called

24    combo drives, which is a combination of CD-RW and

25    DVD-ROM read, DVD-RW drives and two types of BD drives,

1  BD combo, which is -- reads BD only and does everything

2  else up to DVD-RW, and BD rewritable drives.  We have

3  them in different form factors, also.

4              QUESTION:  I take it that Dell has

5  optical drives -- or sells both desktops and notebooks

6  with optical drives in them.

7              ANSWER:  Yeah.  We sell computers with

8  both half height and slim drives, both desktop and

9  laptops.

10              QUESTION:  And they don't -- I take it

11  they don't sell any computers without an optical disk in

12  it.

13              ANSWER:  Actually, yes.

14              QUESTION:  Well, tell me about that.

15              ANSWER:  We offer, as you probably

16  realize, options to our customers.  They can basically

17  configure the systems on their -- on the web.

18              And there are several cases where you can

19  elect not to take an optical disk.  And they are also

20  starting to emerge in notebooks where we don't offer an

21  optical drive in it.

22              QUESTION:  Does that occur very often,

23  where someone elects not to have an optical drive?

24              ANSWER:  I don't know.

25              QUESTION:  The CDs that you produce

1 represent what I believe you referred to as a full

2 project; is that correct?

3            ANSWER:  I don't know exactly how the CDs

4 were produced, but individual CDs has an individual

5 project on them.  But I identified a number of full

6 projects on our database for copying to you.

7            QUESTION:  And describe to us, if you

8 would, what a full project is.

9            ANSWER:  To us, a full project -- it's a

10 predetermined folder with subfolders where an engineer

11 that runs the department deposits the results of the

12 different tests and investigations that I have done

13 during our qualification process.

14            QUESTION:  During your time at Dell,

15 you've dealt with both Philips and Quanta and Optiarc

16 and Quanta; is that correct?

17            ANSWER:  Exactly.

18            QUESTION:  In qualifying drives.

19            ANSWER:  I did qualify a drive for

20 Philips.  I did not qualify a drive for -- that came

21 from Optiarc.

22            I have been involved in the process --

23 part of the process for qualifying all the optical

24 drives that Dell qualified during my -- the period I was

25 involved in that group.

1          QUESTION:  When you say you didn't

2     qualify but you were involved in, can you tell us what

3     that means?

4          ANSWER:  We have a lead engineer that

5     gets assigned to a project, and the lead engineer

6     basically sets up the schedule and works the day-to-day

7     details.  But during the project, there are a number of

8     points where the project gets touched by other engineers

9     or by other people in the group.

10          It was my responsibility to handle

11    concept reviews with the supplier, to be there at all

12    design reviews, and that's because of the role I have

13    in -- in having overview of all these -- all these

14    drives and the capabilities.

15          QUESTION:  And you said you did -- or you

16    were, I guess, the lead engineer or qualifying -- for --

17    on qualifying a drive for Philips?

18          ANSWER:  That's correct.

19          QUESTION:  And when was that?

20          ANSWER:  That was a drive we did -- I

21    don't know the year exactly anymore -- that Philips

22    introduced to us, but it was exactly -- actually

23    designed and built by Ricoh.

24          QUESTION:  Tell me what involvement you

25    had in qualifying drives purchased from Philips that

1 were manufactured by Quanta?  Is that the entity you

2 dealt with?

3                    ANSWER:  Quanta Storage, Inc.?

4                    QUESTION:  Quanta Storage, Inc.

5                    ANSWER:  That's the entity that our group

6 dealt with in general.  For those projects, I worked

7 with concept reviews and participated in the design

8 reviews.  I also evaluated specifications.

9                    QUESTION:  Do you know how many drives

10 you participated in qualifying that were purchased from

11 Philips and manufactured by Quanta Storage?

12                    ANSWER:  No.  That's at -- that's

13 different times.

14                    QUESTION:  Do you have an approximate

15 number, or are you talking 10 different drives, 50

16 different drives?

17                    ANSWER:  As far as models is concerned?

18                    QUESTION:  Yes, sir.

19                    ANSWER:  Probably eight, something like

20 that.

21                    QUESTION:  And can you explain to us what

22 you mean when you say qualify a drive.

23                    ANSWER:  When Dell qualifies a drive for

24 usage in their computers, that's exactly what they're

25 after:  A drive that is compatible with the computer and

1 the other devices and software that are on that

2 computer.

3                    They also assess durability of the drive,

4 quality, if you will, and if the drive meets the

5 specifications.

6                    QUESTION:  Is that the same or different

7 than verifying a drive?

8                    ANSWER:  You can have different words for

9 it.  I would say it's probably the same.

10                    QUESTION:  I take it that Dell knows the

11 manufacturer of all the drives that it qualifies,

12 correct?

13                    ANSWER:  Ultimately, it must be the

14 corporate knowledge.  It wouldn't be mine necessarily.

15                    QUESTION:  Who would have that knowledge?

16                    ANSWER:  If I had to find it, I would

17 probably have to work with a combination of procurement

18 and quality since we're talking to you about not -- not

19 actual -- no manufacturing plant.

20                    QUESTION:  Put another way, I guess it's

21 fair to say that Dell isn't selling computers with

22 optical drives in them where they don't know who the

23 manufacturer of that drive is.

24                    ANSWER:  It is not necessarily easy to

25 find out for an individual, but, ultimately, as to

1  organization, you ought to be able to find out.

2              QUESTION:  Do you know how you would go

3  about doing that?

4              ANSWER:  Like I just said, I -- if I had

5  to -- had to find a manufacturer -- the manufacturer of

6  a drive, a specific manufacturing plant, I would have to

7  start talking to procurement, and they would probably

8  talk with the quality department, since they are more

9  involved in working with that plant.

10             QUESTION:  Is it anyone in particular

11 with those departments that you would talk to?

12             ANSWER:  In the past, I have.  I have

13 talked to Mr. Bundlie, who has been mentioned in all the

14 documents before.  He was part of -- he was part of the

15 procurement group that I worked at.  And that has -- has

16 all been, you know, changed.  He doesn't work in that

17 department anymore.

18             QUESTION:  What was his name again?

19             ANSWER:  Bundlie, B-U-N-D-L-I-E.

20             QUESTION:  What department is he in now?

21             ANSWER:  Right now?

22             QUESTION:  Yes, sir.

23             ANSWER:  It's something else in

24 procurement, but I don't know exactly.

25             QUESTION:  Am I correct that there was a

1  period in -- period of time in that 2003, 2004 timeframe

2  when Dell bought optical disks from Quanta -- directly

3  from Quanta?

4                    ANSWER:  I believe so.

5                    QUESTION:  And at some point, that

6  changed, correct?

7                    ANSWER:  Yes.

8                    QUESTION:  And how did it change?

9                    ANSWER:  As an organization, we could not

10  afford to work with a lot of individual suppliers

11  anymore, and at that time, there were quite a few.

12  The industry was starting to consolidate, and we asked

13  our suppliers to look into also, you know, working with

14  us through a larger organization.

15                    So Philips, basically, took over the role

16  of contact with us.

17                    QUESTION:  And that relationship where

18  Philips took over the role of having the contact with

19  Dell was approximately 2004 through 2007?

20                    ANSWER:  I believe it was somewhere in

21  2005, but I -- right around that time.  That's when the

22  whole industry landscape started to change.  It may have

23  been a little later.

24                    QUESTION:  And then that relationship

25  subsequently changed in 2007; is that correct?

1              ANSWER:  I'm not exactly sure what you're

2   referring to, but Philips has had several joint venture

3   setups.  And during one of those changes, QSI did not

4   offer their drives through Philips anymore.

5              QUESTION:  At some point it changed where

6   QSI then offered its drives to Dell through Sony

7   Optiarc?

8              ANSWER:  Correct.

9              QUESTION:  And today it's done through

10  Sony Optiarc?

11             ANSWER:  As far as I know, yes.

12             QUESTION:  Do you know why that change

13  occurred?

14             ANSWER:  I can very much speculate on it,

15  yes.

16             QUESTION:  What do you think it is?

17             ANSWER:  There was a big thing going on

18  between different corporations about what would be their

19  best alignment, as far as manufacturing and technology,

20  and there was a falling out of sorts between a company

21  called LiteOn and Sony NEC.

22             And so LiteOn and Philips realigned

23  themselves together, and at that time, Sony NEC very

24  much needed some additional slim drive capability, and I

25  believe that's how the realignment happened.

```
 1                    QUESTION:  And then Sony Optiarc
 2   realigned with QSI?
 3                    ANSWER:  Correct.
 4                    QUESTION:  Now, in order to manufacture
 5   and sell these drives through Philips or through Sony
 6   Optiarc to Dell, QSI actually had an employee here in
 7   Austin, Texas; is that correct?
 8                    ANSWER:  This was a technical
 9   representative for QSI here to assist with any type of
10   issues we might have, either during qualification or in
11   troubleshooting afterwards.
12                    QUESTION:  And that was a Mr. Chuang or
13   Chuang (pronouncing), C-H-U-A-N-G?
14                    ANSWER:  It's very possible.
15                    QUESTION:  Did you deal with that
16   gentleman from QSI?
17                    ANSWER:  No, I didn't.
18                    QUESTION:  Did you ever meet him?
19                    ANSWER:  I probably did.
20                    QUESTION:  Did you participate in any of
21   the PowerPoint presentations that Philips and QSI would
22   present to Dell?
23                    ANSWER:  That's rather generic, but like
24   I told you earlier, I would attend all concept and
25   design reviews as possible.  So I more than likely did
```

1   quite a few.

2               QUESTION:  And you believe at those

3   meetings that both a representative from Philips and a

4   representative from QSI would attend those?

5               ANSWER:  There usually was.

6               QUESTION:  And when you say that this QSI

7   representative would assist with technical issues, can

8   you give us an idea of what type of technical issues

9   would arise that he would deal with?

10              ANSWER:  During qualification, for

11  instance, there would be a mismatch between the drive

12  and our operating system or some other -- some other

13  software that we would basically have him come in, show

14  him the problem, and he would do the first-line

15  investigation and take the notes and take all that in

16  and send that back to -- if necessary, send that back to

17  his technical team.

18              QUESTION:  And how is it that Dell would

19  determine there was a mismatch?

20              ANSWER:  I've seen a blue screen.  Well,

21  that's just an example.  There are many different ways.

22  You know, something can stop the function correctly.

23              QUESTION:  Would that normally occur

24  during testing?

25              ANSWER:  It often occurs during testing.

1  We also have cases where, obviously, our users come back

2  to us and report a problem.

3              Other groups that have been using the

4  drive in some sort of application could come back and

5  say that they ran into a difficulty.

6              So there's many avenues that as a group,

7  we would get that information back.  It was not

8  necessarily always purposeful testing.

9              QUESTION:  Some of it would occur during

10  testing, correct?

11             ANSWER:  Sure.

12             QUESTION:  And would that testing occur

13  in Austin?

14             ANSWER:  Most of it actually would not.

15             QUESTION:  Where would that occur?

16             ANSWER:  The way our whole test

17  philosophy works is that we push as much of the testing

18  and any other work on to a supplier.

19             So the test plan would be largely

20  executed at the supplier where they would have the

21  equipment and the capabilities.  And that could be

22  either, you know, at their research, at their

23  development facility, depending upon how that's

24  organized.

25             Only when they did not have the equipment

1   available like a new PC that we haven't brought out yet

2   or something like that would they come and test it in

3   our facilities.

4                   QUESTION:  And when that occurred, that

5   would be here in Austin?

6                   ANSWER:  Yeah, pretty much always.

7                   QUESTION:  And as far as you know,

8   whenever there were mismatches and you needed

9   Mr. Chuang's assistance -- technical assistance, would

10  that be the result of testing occurring in Austin?

11                  ANSWER:  He would actually run that test

12  if it happened in Austin.

13                  QUESTION:  And would he do that at a Dell

14  facility?

15                  ANSWER:  Yes.

16                  QUESTION:  Does Mr. Chuang actually have

17  an office at Dell?

18                  ANSWER:  No.

19                  QUESTION:  Do you know where he offices?

20                  ANSWER:  No.

21                  QUESTION:  Do you know if QSI has an

22  office set up in Austin for Mr. Chuang?

23                  ANSWER:  I actually don't.

24                  QUESTION:  Do you have any idea on the

25  frequency that Mr. Chuang would visit Dell with respect

1  to testing or any other technical support?

2              ANSWER:  I would say that during

3  development of a drive in a particular month, he would

4  be there for a couple of weeks, and after that, it would

5  be as needed, and that would be irregular.

6              QUESTION:  Can you give me a time period

7  that you're aware of Mr. Chuang being QSI's

8  representative here in Austin?

9              ANSWER:  No, I didn't have that

10 relationship.

11             QUESTION:  As far as you know, has he

12 been here from 2003 to the present?

13             ANSWER:  I couldn't tell.

14             QUESTION:  You said that also errors or

15 mismatches may occur and be brought to Dell's attention

16 from users.  Are you referring to the end-user, your

17 customers?

18             ANSWER:  Correct.  Usually, corporate

19 customers.

20             QUESTION:  And so these corporate users

21 would attempt to use the optical drive and run into some

22 type of problem?

23             ANSWER:  Right.

24             QUESTION:  And they would contact Dell

25 and notify them of that problem?

1          ANSWER:  Correct.

2          QUESTION:  Tell me the process of what

3 would happen when that would occur with this -- with

4 respect to the corporate end-user.

5          ANSWER:  It's not at a -- at the front

6 end, there's no real specific process, but the way we

7 would end up being aware of it is when our IPS person,

8 which is the person that is responsible for chasing down

9 any -- any of these type of issues that occur -- mostly

10 on corporate, but it could happen also if it's a large

11 scale -- at a consumer, this ideal, and they would be

12 aware of an issue that a large customer had difficulty

13 with, and they would bring that to our attention.

14          We would ask them to do a capture of that

15 particular drive or system, and then we would address

16 it.

17          QUESTION:  And, in fact, when you would

18 address it, there were times when you would address it

19 with Mr. Chuang from QSI?

20          ANSWER:  Pretty much always.  If there

21 was reason for us to identify the optical drive as a

22 participant in that problem, then he would always --

23 then the local representative, as we would call it,

24 would be pulled in to witness and to do any initial

25 testing that they would be capable of and then transfer

1  it -- all that data to their engineering department.

2             QUESTION:  And so Mr. Chuang from QSI

3  would be called in to participate, would be told that

4  the end-user used the drive, ran into difficulties,

5  here's the problem he had, and here's the issue we need

6  to deal with?

7             ANSWER:  Yeah.

8             QUESTION:  Are you aware of whether or

9  not there are other entities manufacturing optical

10 drives for Sony Optiarc that are being sold to Dell

11 other than QSI?

12            ANSWER:  Sony NEC manufactured drives as

13 their joint venture.  They talked to us about possibly

14 having others manufactured for them, but we have never

15 had any drives come to us other than that were

16 manufactured by Sony NEC or QSI.

17            QUESTION:  How about the same question

18 with respect to Philips when they were selling drives to

19 Dell?

20            ANSWER:  That's possible.  I just don't

21 know for sure.  There are contract manufacturers that

22 sometimes do do drives.

23            QUESTION:  Are you aware of any, other

24 than QSI, that you know Dell purchased?

25            ANSWER:  Not -- no.

```
1              QUESTION:  I want to talk to you for just

2  a minute about part numbers that end up on the optical

3  drives that are in the computers?  Do you understand the

4  process of when a part number may be put on a drive and

5  by whom?

6              ANSWER:  I'm somewhat familiar with it.

7  I mean, not completely, no.

8              QUESTION:  Tell me what you know about

9  that.

10             ANSWER:  As we -- and let me qualify a

11 drive.  The drive will be put into -- into one of our

12 PCs, and different PCs often have different ways that

13 the drive gets attached, also different PCs will have a

14 requirement that the drive has a different front,

15 different bezel.

16             For each one of those configurations

17 during the development of the development project that

18 we have, we assign a part number for that configuration

19 for that supplier, and that part number ends up -- it --

20 on the drive and ends up in our system.

21             QUESTION:  Well, you're aware that there

22 are hubs in the United States that Dell obtains optical

23 disks from, correct?

24             ANSWER:  That's correct.

25             QUESTION:  And in fact, when Philips or
```

1 when Optiarc sells optical drives to Dell, they're

2 delivered to a hub?

3                    ANSWER:  That's correct.

4                    QUESTION:  And from your -- I'm getting

5 most of this from your prior testimony, but it's your

6 understanding that there are at least three hubs in the

7 United States which would house or warehouse these

8 optical drives?

9                    ANSWER:  That's right.

10                    QUESTION:  And when Dell is in need of an

11 optical drive, it would go to the hub and get delivery?

12                    ANSWER:  It will pull from that hub, yes.

13                    QUESTION:  With respect to who owns the

14 hub or who leases the hub, do you have any information

15 at all as to that?

16                    ANSWER:  Not other than just casual.

17                    QUESTION:  What's your understanding of

18 who leases the hub?

19                    ANSWER:  The supplier does.

20                    QUESTION:  The supplier.

21                    And so, for example, it would be either

22 Optiarc or Philips that would be leasing the hub, as far

23 as you know?

24                    ANSWER:  Leasing the -- leasing space in

25 that building.

1              QUESTION:  And I also take it from your

2  earlier deposition, you haven't seen the contracts, for

3  example, between QSI and Philips or QSI and Optiarc?

4              ANSWER:  No.

5              QUESTION:  And so to the extent that

6  contract dealt with who pays for hubs or other matters,

7  you're not aware of that?

8              ANSWER:  No.

9              QUESTION:  Or, for example, when title

10 changes hands between those -- the supplier and the

11 manufacturer?

12             ANSWER:  Exactly right, no.

13             QUESTION:  Have you been to one of these

14 hubs?

15             ANSWER:  No.  They do change, too, over

16 time.

17             QUESTION:  Do you know where any of them

18 are located?

19             ANSWER:  I know there's one in Austin.

20 There's one in Nashville.  There is one in -- close to

21 our North Carolina facility.

22             QUESTION:  And with respect to the one in

23 Austin, do you know, for example, what street it's

24 located on?

25             ANSWER:  No, I actually don't.

1          QUESTION:  Is it your understanding that

2     all of the optical drives purchased by Dell are

3     delivered through these hubs?

4          ANSWER:  The only reason I'm hesitating

5     is that -- are you referring to the hubs in the United

6     States now, or are you referring to hubs in general?

7          QUESTION:  Let's start with the hubs in

8     the United States, the three that you're aware of.

9          Is it your understanding that all of the

10    purchases by Dell in the United States of optical drives

11    come through these hubs?

12         ANSWER:  Yes.

13         QUESTION:  Well, you're not aware of any

14    optical drives purchased by Dell in the United States

15    from any entity that don't come through the hubs?

16         ANSWER:  I know that our process, our

17    manufacturing and purchasing process, calls for the

18    parts to be in a hub and us pulling from that.

19         QUESTION:  Now, you mentioned that there

20    are also hubs outside the United States, correct?

21         ANSWER:  Yes.

22         QUESTION:  Tell me what you know about

23    where those are located.

24         ANSWER:  I really don't know anything

25    about those.  Those are related to -- mostly to our

1  laptop manufacturing, and our laptop manufacturing is

2  largely contract manufacturing with other companies, and

3  I just don't know exactly how the drives that go into

4  laptops are being pulled.

5              QUESTION:  Are you aware of any optical

6  drives delivered to Dell at a hub outside the United

7  States that is then shipped to the United States?

8              ANSWER:  I can't answer that question

9  very well.  The drives that are being put into

10 notebooks -- our notebooks are manufactured outside the

11 United States -- are somehow obtained by the

12 manufacturer outside of the United States.

13             In most cases, that manufacturer -- well,

14 we do some of it ourself, I believe -- I don't know for

15 sure, but in most cases, that is a contract manufacturer

16 that also obtains those drives.

17             We identify those drives, we specify

18 them, but I do not know how the purchase relationship

19 and the -- how they're being obtained.

20             QUESTION:  Do you know whether or not

21 those drives are being purchased from any of the

22 entities listed on Exhibit A?

23             ANSWER:  We would specify that these

24 drives are obtained from these.  That's our overall --

25 overall relationship.  But, you know, overseas -- and

1  for notebooks, all of those optical drives are being put

2  in overseas and mostly by contract manufacturer.

3                QUESTION:  So make sure I fully

4  understand.  The optical drives that are delivered to

5  the hubs in the United States are being put by Dell and

6  sold into desktop computers?

7                ANSWER:  That's right.

8                QUESTION:  And all of the laptops that

9  Dell sells that contain an optical disk are being

10 purchased or input into the laptop from hubs outside the

11 United States, correct?

12               ANSWER:  Over the previous years, yes.  I

13 don't know how it was in the real early years.

14               QUESTION:  And these drives being put

15 into the laptops and sold into the United States are

16 similarly being purchased from Philips/QSI and

17 Optiarc/QSI?

18               ANSWER:  They are the same drives we have

19 over all purchase arrangements on them.  I just don't

20 know when effectively we would take possession of them.

21               QUESTION:  Would Mr. Chuang, who's here

22 in Austin, would he also deal with optical drives in a

23 laptop that would have a mismatch or a problem?

24               ANSWER:  If the problem occurs here, if

25 we obtain it, if it comes to our facility, he would.

1                    There's many cases also where it would be

2     overseas, and they must have other representatives

3     there.

4                    QUESTION:  Is it your testimony that the

5     qualification process for the drives that are placed

6     into laptops occurs here in Austin?

7                    ANSWER:  We establish the development

8     process here.  A lot of the testing, like I said before,

9     is being done at the supplier, which would usually not

10    be here.  There will be some testing occasionally in our

11    labs with platforms, PCS, that are not available because

12    they're not -- they can't be purchased yet at that time.

13                   QUESTION:  Ultimately, it's the

14    engineering department or a department in Dell in

15    Austin, Texas, that qualifies the drive prior to it

16    being manufactured and put into a laptop and sent to the

17    United States?

18                   ANSWER:  We are overall responsible for

19    it.  We sign off on, basically -- we identify the test

20    being done and that they've been done correctly, yes.

21                   QUESTION:  About how many times a year

22    would Dell have a joint meeting with Philips and QSI or

23    Optiarc and QSI to discuss the purchase and manufacture

24    of the drive?

25                   ANSWER:  We have quarterly business

1    meetings on both performance of the supplier and on

2    outlook for new drives and -- they're in our plans.

3              Those would not necessarily be business

4    meetings in which we would determine which drives will

5    be purchased or qualified.  It's more at the level set

6    as to what's possible.

7              QUESTION:  So they would make a

8    presentation to Dell of what is available, and then Dell

9    would make an internal decision on which ones to

10   purchase and notify the supplier and the manufacturer?

11             ANSWER:  In a nutshell, yes.

12             QUESTION:  And when you have these

13   quarterly meetings, they would deal not only with the

14   drives that are being placed into desktops, but also

15   those being put into laptops?

16             ANSWER:  Yes.

17             QUESTION:  Do you know again -- just an

18   estimate of the drives -- that are placed in a Dell

19   computer, a rough percentage of which ones are combo or

20   DVD drive versus another type?

21             ANSWER:  That's time-dependent.

22             QUESTION:  How about today?

23             ANSWER:  Today about -- on the consumer

24   side, about 80 percent of all drives are DVD-RW drives

25   and going up, even on the business side, which is our

1  largest business, that's far less than that.

2              Then we probably look at combo drives

3  still being the majority of drives that go in.

4              QUESTION:  Whether it be commercial or

5  individual?

6              ANSWER:  No, no.  What I'm saying is for

7  our corporate business, which is now between 70 and 80

8  percent of our business is still more the combo -- the

9  combo DVD-ROM drives that go in, not a DVD-RW.

10             QUESTION:  Once the optical drive is

11 placed in the laptop, is the combination then sent to a

12 hub in the United States?

13             ANSWER:  I believe so.  I don't think we

14 have direct deliveries from overseas to our customers.

15             QUESTION:  With respect to those laptops,

16 do you know whether or not the supplier -- or the

17 manufacturer would be the one sending it to the hub in

18 the United States?

19             ANSWER:  No, I don't.

20             QUESTION:  I saw testimony in your

21 deposition from last year that there are some FCC

22 regulations that these drives have to comply with; is

23 that correct?

24             ANSWER:  You bet.

25             QUESTION:  Can you tell me a little bit

1   about what those are.

2            Well, I mean, what regulations are you

3   aware of that these drives have to be compliant with?

4            ANSWER:  Emissions, safety, those type.

5            QUESTION:  And this is done, as far as

6   you know, either by the supplier or the manufacturer

7   obtaining the certificate of compliance?

8            ANSWER:  That's correct.

9            QUESTION:  And then that certificate is

10  forwarded on from the supplier or manufacturer to Dell?

11           ANSWER:  They make it available to us,

12  yes.

13           QUESTION:  Do you know whether or not

14  these FCC regulations are specific to drives that are

15  coming into the United States?

16           ANSWER:  I don't understand the question.

17           QUESTION:  Do you know, in the design of

18  the drive, whether or not the manufacturer would have to

19  do anything different, with respect to a drive coming

20  into the United States, in order for it to comply with

21  the FCC regulations?

22           ANSWER:  Versus drives that don't come

23  into the United States?

24           QUESTION:  Correct.

25           ANSWER:  Different countries have

1  different requirements.  That wouldn't be the FCC,

2  obviously.  But we do have different requirements for

3  different countries.  But we make all of our drives meet

4  all of those requirements of countries that we

5  anticipate shipping to.

6           QUESTION:  Does Dell sell any optical

7  drives separate and apart from the computer?

8           ANSWER:  We have -- give our customers an

9  option on -- after they have purchased a computer, to

10 buy an additional drive or replacement drive through out

11 SMP website, yes.

12          QUESTION:  Are the vast majority of the

13 optical drives sold with the computer?

14          ANSWER:  Yeah.

15          QUESTION:  And these -- the few that are

16 sold separately through your website, again, would those

17 be supplied and manufactured by the entities listed on

18 Exhibit 3 and coming from the hubs?

19          ANSWER:  Yes, because we couldn't

20 differentiate.  We would go by part number, and we would

21 have a number of part numbers that would be compatible

22 with a particular computer.

23          QUESTION:  Let me go through a few

24 exhibits with you.  And you had a chance to at least --

25          ANSWER:  I glanced over them.

1          QUESTION:  Glanced at these this morning?

2          ANSWER:  Yeah, real quick.

3          QUESTION:  A handful of these were used

4   in your deposition last year, so you may be somewhat

5   familiar with them, but let me go ahead and get the

6   court reporter to mark all of these and save a little

7   time.

8          Let me show you what the court reporter

9   has marked as Deposition Exhibit No. 4.  Can you tell me

10  what that document is?

11         ANSWER:  That is a presentation made to

12  us during a design review of the device that's shown

13  there, the 24X Lead-Free Combo.

14         QUESTION:  And this represents a

15  presentation done by Philips and QSI here in Texas in

16  April 2006?

17         ANSWER:  Yes.

18         QUESTION:  And you believe, during this

19  presentation, there would have been a representative

20  from Philips, representative from QSI, and a

21  representative from Dell?

22         ANSWER:  Definitely from Dell; definitely

23  at least one from Philips or QSI.  Usually, there were

24  from both -- from both companies just for the background

25  information.

```
 1                    QUESTION:  Do you --

 2                    ANSWER:  I can't specify specifically,

 3      for this particular design review, who was there.

 4                    QUESTION:  Do you believe that that

 5      representative from QSI would have been Mr. Chuang?

 6                    ANSWER:  He would have likely been there,

 7      also, yes.

 8                    QUESTION:  This particular design review

 9      that we're looking at, would this be for an optical

10      drive going into a desktop or a laptop or both?

11                    ANSWER:  Both.

12                    QUESTION:  When the relationship with QCI

13      charged to Optiarc, would there similarly be full -- or

14      design reviews similar to Exhibit No. 4 with respect to

15      Optiarc and QSI?

16                    ANSWER:  For any subsequent drive?

17                    QUESTION:  Yes, sir.

18                    ANSWER:  Yes, if we had taken a drive

19      from Optiarc that was manufactured by QSI because

20      Optiarc, other than Philips, also had a line of their

21      own slim drives.

22                    QUESTION:  And that, in fact, occurred

23      after at least this time period that we're looking at?

24                    ANSWER:  Sometime after this, yes.

25                    QUESTION:  Let me show you Exhibit No. 5.
```

1  Same question.  If you could just identify that for us.

2              ANSWER:  A document handed to us for a

3  design review by Philips of a Philips QSI DVD writer, a

4  slim DVD writer.  We would identify that as a DVD-RW

5  drive.

6              QUESTION:  And, again, it looks like this

7  design review presentation was made in October of 2005?

8              ANSWER:  It looks like it, yes.

9              QUESTION:  And same question.  Would this

10 be a drive that could be in either a desktop or a

11 laptop?

12             ANSWER:  Yes.

13             QUESTION:  Same question with respect to

14 Exhibit No. 6.

15             ANSWER:  Design review handed off to us,

16 and this would be January 2005 for a Philips QSI drive,

17 in this case, a combo -- a combo drive.

18             QUESTION:  May I see that one second?

19             Look on the third page of Exhibit No. 6

20 where it says current shipping under one column and

21 future model under the next.

22             Can you tell me what that means?

23             ANSWER:  We would get the subsequent

24 models of, you know, similar functionality for cost --

25 mostly for cost reasons; sometimes for performance

1   reasons, as noted.

2              State of the art in the industry would

3   change, so current shipping would be the model that we

4   were -- we were shipping at the time, and the future

5   model is the one under design review here meant to

6   replace it.

7              QUESTION:  So when we see Model No.

8   CDD5263, that would be the model that as of January 2005

9   was being manufactured by QSI and sold to Dell?

10             ANSWER:  It would be their model number,

11  yes, and it would be the model number assigned to it by

12  Philips.  They had a peculiarity that they would want to

13  have their own model numbers on there.

14             QUESTION:  And when you say they, you're

15  referring to Philips?

16             ANSWER:  That would be Philips.

17             QUESTION:  And when you say peculiarity,

18  is that because that's different than the way other

19  companies dealt with model numbers?

20             ANSWER:  Others have done it that way.

21  They just took the model number as is.

22             QUESTION:  Do you know, just by looking

23  at this document, whether or not this future model was,

24  in fact, purchased by Dell?

25             ANSWER:  I can't say that for sure.

1  Typically, if -- if you take the -- if you really go to

2  the point where we do a design review, we are already in

3  that process with full intent unless something -- you

4  know, something serious prevented us from doing it.  So

5  it was fully the intent to take it at that point.

6           QUESTION:  Are you aware, as you sit

7  here, of any design reviews with either Philips/QSI or

8  Optiarc/QSI that were rejected?

9           ANSWER:  Actually, I don't know for sure,

10 but I do seem to recall where there's one case where we

11 went through a significant design review -- significant

12 part of our process with Philips/QSI, and for some

13 reason, we discontinued that, but I can't tell you that

14 for absolutely sure anymore.

15          QUESTION:  And the same answer, I assume,

16 with respect to all these design reviews, that there

17 would have been at least a representative from Dell,

18 from Philips, and from QSI?

19          ANSWER:  That's right.

20          QUESTION:  Let me show you what we've

21 marked as Exhibit No. 7.  Can you identify that?

22          ANSWER:  Yes.  That's a report of a test

23 that's done relatively early in our qualification

24 process.  It's when a drive first comes -- becomes

25 available, and it isn't completed yet as far as all its

1  appropriate firmware, but there's an initial look at it

2  and a certain number of simple tests are being done with

3  the drive to evaluate that it generally is appropriate

4  for our purpose.

5              That test is sometimes run in Austin for

6  convenience.  I've seen also engineers ask that the

7  supplier run the test and sends us the information.

8              QUESTION:  Would this particular

9  feasibility test that we're looking at with Exhibit 7 --

10  I assume that would occur after the design review of the

11  same model number?

12             ANSWER:  No.  Actually, the feasibility

13  test runs before the design review, typically, shortly

14  after a concept review.

15             QUESTION:  These Philips feasibility test

16  reports, would they -- would a copy of them then be

17  forwarded to Philips and QSI?

18             ANSWER:  Yeah.  We share all that

19  documentation.

20             QUESTION:  Looking at the bottom of the

21  first page of Exhibit No. 7, it says a number of samples

22  to test, 2.  Those would be samples that would be

23  shipped to Dell from QCI?

24             ANSWER:  If the test is done at -- at

25  Dell, yes.

1          QUESTION:  And as far as you know, there

2  were, in fact, some of these tests done at Dell,

3  correct?

4          ANSWER:  That's correct.

5          QUESTION:  And when we're looking at

6  Exhibit No. 7, can you tell if this was, in fact, the

7  test done at Dell?

8          ANSWER:  I was trying to go over it, and

9  I really can't.  Sometimes you find it with somebody's

10 name on it, which will tell you, but in this particular

11 case, no, I can't tell you one way or the other.

12         QUESTION:  Let me ask you to identify

13 Exhibit No. 4 -- I'm sorry -- 8.

14         ANSWER:  Okay.

15         QUESTION:  Can you tell us what Exhibit 8

16 is?

17         ANSWER:  Yes.  This is the format for our

18 qualification test plan in which we lay out the tests

19 that the supplier or Dell will do in order to fully

20 qualify the device.  So it shows no -- what drives to

21 use.

22         In addition to the drive of the test, it

23 shows what computers to use, what type of software, what

24 type of tests are to be run.

25         QUESTION:  And at what stage in the

1  process would this qualification test plan be done?

2          ANSWER:  The test plan is set up shortly

3  after -- after the concept review has been held, and

4  typically, after a feasibility test has already gone

5  through.  And it basically is a -- sort of an

6  engineering contract, if you will, between the Dell

7  engineer and the supplier as to know what tests are

8  going to be done.

9          QUESTION:  And Exhibit No. 8 reflects

10 that this particular document was prepared by Michael

11 Chuang?

12         ANSWER:  Right.

13         QUESTION:  And he is the QSI employee

14 that is stationed here in Austin?

15         ANSWER:  He's -- he was at least for a

16 certain number of years, yes.

17         QUESTION:  And if you'll look to the

18 fourth page of Exhibit No. 8, I believe at the bottom

19 it's Bates stamped 020233.

20         Do you see that?

21         ANSWER:  Yes, yeah, uh-huh.

22         QUESTION:  Under Paragraph No. 4,

23 Technical Risks, it shows several testing procedures

24 that are to be performed by QSI, correct?

25         ANSWER:  That's right.

1          QUESTION:  And then under Paragraph 5,

2     that bottom paragraph, where it says Philips/QSI

3     personnel, it appears from the e-mail addresses that all

4     of those individuals are, in fact, QSI employees,

5     correct?

6          ANSWER:  It does, yes.

7          QUESTION:  And you understand that the

8     e-mail address, that qsitw, to be Quanta Storage in

9     Taiwan?

10          ANSWER:  Yes.

11          QUESTION:  And this also includes

12     Mr. Chuang?

13          ANSWER:  Yes, but an e-mail address can

14     be handled -- you understand that -- to write through

15     your corporation locally or somewhere else.

16          QUESTION:  When you say that Dell and

17     Philips and QCI or Dell and Optiarc and QSI share a lot

18     of these documents with respect to testing or

19     qualification test plans, how is that accomplished?

20          ANSWER:  That's a good question.  The

21     overall responsibility for the document is from the Dell

22     lead engineer.  Quite often, he has the supplier or its

23     technical representative come up with the first pass on

24     the document, and then he makes the appropriate changes,

25     and then they agreed on it.

1               That's why you saw Mr. Chuang's name on

2    the docket.  These documents get typically shared within

3    Dell with a few of the engineers that need to be aware

4    of what's going on, such as reliability, et cetera.

5    And I'm sure that they also get shared amongst the

6    technical representatives for Philips or Philips/QSI, if

7    you will.

8               So just as it's difficult for them to

9    assess who we share that document with internally, it's

10   not very well possible for me to say exactly who would

11   see that document and who will not.

12              QUESTION:  Is it a fair statement that

13   with respect to a particular optical drive manufactured

14   by QSI that Dell ultimately purchases that QSI, Philips,

15   and Dell would have access to the documentation with

16   respect to that drive?

17              ANSWER:  Yes.

18              QUESTION:  And let me back up for a

19   second and ask you a question on the laptops where the

20   drive is inserted outside the United States and then

21   shipped to the United States.

22              Would that also have to go through the

23   FCC compliance certificate?

24              ANSWER:  There are individual tests for a

25   drive that goes -- well, the drive goes through the

1 compliance test for the certificates irrespective of how

2 it is shipped, and for some tests, the drive has to

3 actually be in the particular platform to assess.

4           QUESTION:  Let me show you what we have

5 marked as Exhibit No. 9.  Can you tell us what Exhibit 9

6 is.

7           THE COURT:  Mr. Sankey, are we close or

8 not?

9           MR. SANKEY:  Your Honor, we are very

10 close.  One more page.

11           ANSWER:  This is the checklist that we

12 ask our suppliers to fill out relative to our optical

13 drive specifications.  It's an attachment to our optical

14 drive specification, but it has no -- the same line item

15 is in there as are in our spec, and the supplier

16 effectively signs off in here that they meet all of our

17 requirements, and if they don't, they have to also show

18 that they don't.

19           QUESTION:  Do you know if this is a

20 document that is filled out by Philips or QSI?

21           ANSWER:  Yes.

22           QUESTION:  And then if you take a look at

23 the last page of this exhibit, does that reflect that it

24 is actually being forwarded to Dean Hendrickson at Dell

25 from Michael Chuang at QSI?

1          ANSWER:  Yes, it does.

2          QUESTION:  And he's cc'd a number of

3  people from either Philips or QSI, correct?

4          ANSWER:  Correct.

5          QUESTION:  And then on the first page of

6  that exhibit, where it says supplier information for

7  technical contact, it lists Mr. Chuang from QSI?

8          ANSWER:  It does.

9          QUESTION:  And it shows his QSI e-mail

10  address?

11          ANSWER:  Yes, it does.

12          QUESTION:  And also it has a phone number

13  from him, which is an Austin area code?

14          ANSWER:  That's right.

15          QUESTION:  Are you aware of any other

16  participation by Mr. Chuang in this process other than

17  what you've testified to this morning, as far as working

18  with Dell and Philips on the technical side and

19  assisting whenever problems occur with a drive?

20          ANSWER:  That's -- that's pretty much a

21  good definition for what he would do.

22          QUESTION:  Exhibit No. 10, if you could

23  identify that, please, sir.

24          ANSWER:  This is a copy of the Philips

25  specification for this drive for the SCB5265.

1                    QUESTION:  And this would be a drive

2    manufactured by Quanta or QSI?

3                    ANSWER:  I'm pretty sure I saw that same

4    number on some of your earlier documentation.

5                    QUESTION:  And if you look at the top of

6    the exhibit, it shows that the document's original

7    department author was QSI?

8                    ANSWER:  Where do I -- oh, right, right,

9    right.  I missed that line, yes.

10                    QUESTION:  Do you know chronologically if

11   this was at or about the time of the beginning of the

12   relationship where Dell was purchasing Quanta-

13   manufactured computers through Philips?

14                    And I'll state for the record this

15   document is dated January 7th of 2004.

16                    ANSWER:  Typically, we receive this type

17   of document towards the end of our development cycle

18   with them.  Because at that point, all of the properties

19   of the drive have been established and agreed to.

20                    And this is when they then give us a

21   final version of that, so that would be shortly before

22   we would start to ship this particular drive, yes.

23                    QUESTION:  And what time period are we

24   talking about:  A six-month, nine-month time period from

25   this, or from the beginning of concept until delivery?

1              ANSWER:  If this were a regular, standard

2  project, then we would receive this approximately

3  between -- about two months or so before we would start

4  shipping.

5              And I'm saying specifically if this were

6  a regular project, because the first -- early projects

7  we did with QSI were not easy.  They were a new

8  supplier, and we -- it took sometimes longer and didn't

9  go fully regularly, but, typically, this would be about

10 two months before.

11             QUESTION:  And the next question is, when

12 chronologically would this document come vis-a-vis a

13 concept review?

14             ANSWER:  Way -- way after, months.

15             QUESTION:  Six months, nine months?

16             ANSWER:  Like I said, this is -- if this

17 is one of the very earliest projects, they could have

18 run longer, but on a typical project, we run about six

19 months.  This would come four to five months after the

20 concept review.

21             QUESTION:  The end-user consumer

22 specifies what type of drive they desire in their

23 computer when they order from Dell, correct?

24             ANSWER:  Yeah.  Essentially, yes.

25             QUESTION:  And the vast majority request

1  a DVD drive in their computer?

2           ANSWER:  Again, that's time-dependent.

3           QUESTION:  Today?

4           ANSWER:  Today, as far as I know, on the

5  consumer side, the vast majority of our laptops go out

6  with a DVD-RW in it.  On the corporate side, that's

7  still not the case.

8           QUESTION:  The fact that a drive

9  automatically identifies what type of disk is placed in

10  the drive, is that one of the quality benefits that

11  enables or assists in selling the drive?

12           ANSWER:  I'm not sure how to answer that.

13           QUESTION:  Well, how many years have you

14  been involved, in one way or the other, with the design

15  of drives, optical disks?

16           ANSWER:  29 years.

17           QUESTION:  Would you agree that not

18  having to manually identify what type of disk is placed

19  in a drive is a benefit?

20           ANSWER:  It's an anticipated -- it's an

21  anticipated property of the device.

22           QUESTION:  And when you say anticipated,

23  anticipated by whom?

24           ANSWER:  By us, for our consumers.

25           QUESTION:  And likewise, I assume it's

1    anticipated by the customer?

2                     ANSWER:  Yes.

3                     QUESTION:  If you would look at Exhibit

4    No. 3 again, please, I believe I have this answered off

5    the record but not on.

6                     So let me ask you, with respect to some

7    of the acronyms contained on this exhibit, do you know

8    what any of those are; for example, GP Quanta or ASD

9    only, ASL?

10                    ANSWER:  No.  I looked at it earlier.

11   No.

12                    QUESTION:  Do you know who or what

13   department would know that information?

14                    ANSWER:  No.  I don't know what the

15   acronym is.

16                    QUESTION:  You testified in your last

17   deposition that a lot of the testing is being moved

18   outside the United States; is that correct?

19                    ANSWER:  That's right.

20                    QUESTION:  Now, is that the result of a

21   decision made by Dell, or is that the result of a

22   decision made by your supplier or your manufacturer?

23                    ANSWER:  It's Dell desire.  It's a cost

24   issue.

25                    QUESTION:  With respect to the

1  documentation that is shared between Dell, Philips, or

2  Optiarc and QSI, do you know whether or not those are

3  scored on a site that is available to those in -- to all

4  of those entities?

5               ANSWER:  Some of it is during the

6  interchange we have on engineering issues, but most of

7  it is not available to everybody.

8               QUESTION:  How much of the communication

9  from your department with QSI would occur through

10 e-mail?

11              ANSWER:  It's hard to say -- hard to give

12 you a percentage, but I'm sure quite a bit.

13              QUESTION:  Would that communication

14 generally, again, include Dell, the supplier, and the

15 manufacturer?

16              ANSWER:  Depends on the subject.

17              QUESTION:  With respect to your

18 department and -- or your -- the engineering department,

19 would that generally include all of the parties?

20              ANSWER:  Any e-mails regarding a

21 qualification would -- like you saw on that example

22 e-mail, would be shared between the relevant parties and

23 the qualification process.

24              And so usually would be, you know,

25 support engineer from QSI and often another engineer

1  from Philips or Optiarc, and then our own people, yes.

2              QUESTION:  Is there a particular

3  individual or anyone whose name you know that would

4  participate in these reviews here in Austin from either

5  Philips or Optiarc?  Do you know the names of any of

6  those individuals?

7              ANSWER:  I can't give you that in

8  general.  Over time, names have changed, and

9  participation has changed.

10              QUESTION:  Do you recall any of those

11  individuals?

12              ANSWER:  You saw on the -- on a lot of

13  the reports here, you know, there's also a product --

14  you know, from the commercial side manager.  So on the

15  Philips side, for years, that's been Billy Reynolds.

16              QUESTION:  How about from Optiarc?

17              ANSWER:  I can't think of anybody

18  offhand.

19              QUESTION:  The gentleman from Philips, do

20  you know where he's is located?

21              ANSWER:  He left -- he left Philips, so I

22  don't know.

23              MR. SANKEY:  Your Honor, that is the end

24  of the deposition of the Dell representative.

25              THE COURT:  Thank you.

1                Ladies and Gentlemen, we're going to

2 break for the day.  Remember my instruction.  It's very

3 important that you not discuss this case with anyone

4 or -- by anyone, I'm talking about your family, your

5 friends, because I can assure you, if you ever start

6 telling them what kind of case it is, they're going to

7 say, I heard something about a case like that or

8 something that you just don't need to hear.  So don't

9 discuss it.

10                Don't attempt to do any research on the

11 internet, and remember my instructions.  And have a safe

12 evening, and I'll see you in the morning, and we'll

13 start up at 8:30.

14                    You may leave.

15                    Mr. McAteer?

16                    (Jury out.)

17                    THE COURT:  All right.  Everyone please

18 be seated.

19                    In the event you're interested, Plaintiff

20 has used 4 hours and 21-1/2 minutes, the best I can see,

21 and the Defendants have used 1 hour and 1-1/2 minutes.

22 That's where we are.

23                    See you in the morning at 8:30.

24                    COURT SECURITY OFFICER:  All rise.

25                    (Court adjourned.)

```
 1
 2
 3                          CERTIFICATION
 4
 5              I HEREBY CERTIFY that the foregoing is a
 6    true and correct transcript from the stenographic notes
 7    of the proceedings in the above-entitled matter to the
 8    best of my ability.
 9
10
11
12    /s/_____        _____
      SUSAN SIMMONS, CSR                 Date
13    Official Court Reporter
      State of Texas No.:  267
14    Expiration Date:  12/31/10
15
16
17    /s/_____             _____
      JUDITH WERLINGER, CSR              Date
18    Deputy Official Court Reporter
      State of Texas No.:  731
19    Expiration Date:  12/31/10
20
21    /s/_____            _____
      SHELLY HOLMES                      Date
22    Deputy Official Court Reporter
      State of Texas No.:  7804
23    Expiration Date:  12/31/10
24
25
```