FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 1 - 2011

DAVID J. MALAND, CLERK
BY
DEPUTY  Ba

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LASERDYNAMICS, INC., <br> *Plaintiff,* <br><br> v. <br><br> QUANTA COMPUTER, INC., <br> *Defendant.* | CASE NO. 2:06-CV-348-TJW |

# VERDICT FORM

**Question No. 1:**

What type of royalty would the parties to this case have agreed to in the hypothetical negotiation?

Answer either "lump sum royalty" (one-time payment) <u>or</u> "running royalty" (percentage of sales over time).

Answer: _____Lump Sum_____

1

*If Question No. 1 was answered "running royalty," then answer Question No. 2, and skip Question No. 3. If Question No. 1 was answered "lump sum royalty," then skip Question No. 2 and answer Question No. 3 only.*

**Question No. 2:**

    **a.**    What would be the royalty rate (%) that the parties would have agreed upon in a hypothetical negotiation at the time of the alleged infringement for a license to the '981 patent?

Royalty rate must be expressed as a percentage.

Answer: _____

    **b.**    What would be the royalty base to which the royalty rate would be applied?

Royalty base must be expressed in dollars and cents.

Answer: _____

    **c.**    Multiply the royalty base determined in **Part b** by the royalty rate determined in **Part a** to express the amount of money, if paid now in cash, would fairly and reasonably compensate the plaintiff?

Reasonable royalty must be expressed in dollars and cents.

Answer: _____

**Question No. 3:**

What amount of money would the parties have agreed to as a lump sum royalty payment for a license to the '981 patent?

Answer must be expressed in dollars and cents.

Answer: $8.5 M

3

*The jury foreperson should sign and date the Verdict Form and return it to the Security Officer.*

Signed this \_\_1st\_\_ day of February, 2011.

_____

JURY FOREPERSON